Daniel Pochoda (Bar No. 021979)
Kelly J. Flood (Bar No. 019772)
James Duff Lyall (Bar No. 330045)*
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: dpochoda@acluaz.org
            kflood@acluaz.org
            jlyall@acluaz.org
*Admitted pursuant to Ariz. Sup. Ct. R. 38(f)

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Dream Act Coalition, et al., | No. 2:12-cv-02546-DGC |
| Plaintiffs, | **DECLARATION OF ARIEL MARTINEZ** |
| vs. | |
| Brewer, et al., | |
| Defendants. | |

I, Ariel Martinez, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information, and belief.

1.      I am a resident of Youngtown, Arizona.  I came to the United States at the age of four and have lived in Arizona since that time.  I am 18 years old.

2.      I am currently a student at Glendale Community College in Glendale, Arizona.  I plan to continue my education.  I am thinking about taking some time off school in order to work and save money.   Then I would like to go to the Conservatory

of Recordings Arts and Sciences in order to learn about the recording business and find work in it. Right now I can't afford to attend the Conservatory.

3.     On October 15, 2012, I was granted deferred action under the Deferred Action for Childhood Arrivals (DACA) program. Around October 17, 2012, I received my employment authorization document (EAD), and, around October 19, 2012, I was granted a social security number. A redacted copy of the EAD I received, which is issued to DACA recipients, is attached as Exhibit 1.

4.     My family lives in Arizona, including my brother and sister. They have both been approved for DACA and received their EADs.

5.     I need a driver's license in order to be able to work and to attend sports activities. I do mixed martial arts and coach soccer at a high school.     It can be hard for me to get rides from other people. It would be much easier to go about my everyday activities if I had a driver's license. Having a driver's license would also expand my job options.

6.     I would apply for an Arizona driver's license if Executive Order 2012-16 were not in effect. I understand that Executive Order 2012-16 prevents me from using my EAD, which I got through the DACA program, to get a license.

7.     Not being able to drive has affected me. It's stressful because I don't want to take the risk of getting caught driving without a license. I am afraid that the police will stop me and either ticket me or arrest me for driving without a license.

//

//

1        I declare under penalty of perjury under the laws of the United States and the

2    State of Arizona that the foregoing is true and correct.

3

4                EXECUTED this _11th_ day of _December,_ 2012 in _PHX_ , Arizona.

5

6

7                Ariel Martinez

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28