Jennifer Chang Newell*
Cecilia D. Wang*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T:  (415) 343-0770
F:  (415) 395-0950
*jnewell@aclu.org*
*cwang@aclu.org*

Kathleen E. Brody
ACLU FOUNDATION OF ARIZONA
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
T:  (602) 650-1854
F:  (602) 650-1376
*kbrody@acluaz.org*

Linton Joaquin*
Karen C. Tumlin*
Shiu-Ming Cheer*
Nora A. Preciado*
Nicholás Espíritu*
NATIONAL IMMIGRATION LAW
CENTER
3435 Wilshire Boulevard, Suite 2850
Los Angeles, CA  90010
T:  (213) 639-3900
F:  (213) 639-3911
*joaquin@nilc.org*
*tumlin@nilc.org*
*cheer@nilc.org*
*preciado@nilc.org*
*espiritu@nilc.org*

Julia A. Gomez*
MEXICAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL FUND
634 S. Spring Street, 11th Floor
Los Angeles, CA  90014
T:  (213) 629-2512
F:  (213) 629-0266
*jgomez@maldef.org*

*Attorneys for Plaintiffs*
*Additional Co-Counsel on Subsequent Pages*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Dream Act Coalition; et al., <br><br> *Plaintiffs*, <br><br> vs. <br><br> Janice K. Brewer; et al., <br><br> *Defendants*. | CASE NO. 02:12-cv-02546-DGC-PHX <br><br> **DECLARATION OF RICHARD M. PEARL IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND RELATED NON-TAXABLE EXPENSES** |

*Additional Co-Counsel*

Tanya Broder*
NATIONAL IMMIGRATION LAW
CENTER
2030 Addison Street, Suite 310
Berkeley, CA 94704
T: (510) 663-8282
*broder@nilc.org*

Lee Gelernt*
Michael Tan*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*mtan@aclu.org*

*Pro hac vice*


*Attorneys for Plaintiffs*

I, RICHARD M. PEARL, hereby declare the following:

1.      I am a member in good standing of the California State Bar.  I am in private practice as the principal of my own law firm, the Law Offices of Richard M. Pearl, in Berkeley, California.  I specialize in issues related to court-awarded attorneys' fees, including the representation of parties in fee litigation and appeals, serving as an expert witness, and serving as a mediator and arbitrator in disputes concerning attorneys' fees and related issues. In this case, I have been asked by Plaintiffs' counsel based in the San Francisco Bay Area to render my opinion on the reasonableness of the hourly rates their attorneys are requesting in this matter.  I make this Declaration in Support of Plaintiffs' Motion for Attorneys' Fees and Related Non-Taxable Expenses.

2.      Briefly summarized, my background is as follows: I am a 1969 graduate of Boalt Hall School of Law, University of California, Berkeley, California.  I took the California Bar Examination in August 1969 and passed it in November of that year, but because I was working as an attorney in Atlanta, Georgia for the Legal Aid Society of Atlanta (LASA), I was not admitted to the California Bar until February 1970. I worked for LASA until the summer of 1971, when I then went to work in California's Central Valley for California Rural Legal Assistance, Inc. (CRLA), a statewide legal services program.  From 1977 to 1982, I was CRLA's Director of Litigation, supervising more than fifty attorneys.  In 1982, I went into private practice, first in a small law firm, then as a sole practitioner.  Martindale Hubbell rates my law firm "AV." I also have been selected as a Northern California "Super Lawyer" in Appellate Law for 2005, 2006, 2007, 2008, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, and 2018.  A copy of my Resume is attached hereto as **Exhibit A**.

3.      Since 1982, my practice has been a general civil litigation and appellate practice, with an emphasis on cases and appeals involving court-awarded attorneys' fees.  I have lectured and written extensively on court-awarded attorneys' fees.  I have been a member of the California State Bar's Attorneys Fees Task Force and have testified before the State Bar Board of Governors and the California Legislature on attorneys' fee issues.  I am the author of California Attorney Fee Awards (3d ed Cal. CEB 2010) and its 2011, 2012, 2013, 2014, 2015,

1

2016, 2017, and 2018 Supplements.  I also was the author of California Attorney Fee Awards, 2d Ed. (Calif. Cont. Ed. of Bar 1994), and its 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, and 2008 Supplements. This treatise has been cited by the California appellate courts on numerous occasions.  *See, e.g., Graham v. DaimlerChrylser Corp.*(2004) 34 Cal.4th 553, 576, 584; *Lolley v. Campbell* (2002) 28 Cal.4th 367, 373; *Chacon v. Litke* (2010) 181 Cal.App.4th 1234, 1259; *Syers Properties III, Inc. v. Rankin* (2014) 226 Cal.App.4th 691, 698, 700.  I also authored the 1984, 1985, 1987, 1988, 1990, 1991, 1992, and 1993 Supplements to its predecessor, CEB's California Attorney's Fees Award Practice.  In addition, I authored a federal manual on attorneys' fees entitled Attorneys' Fees:  A Legal Services Practice Manual, published by the Legal Services Corporation.  I also co-authored the chapter on "Attorney Fees" in Volume 2 of CEB's Wrongful Employment Termination Practice, 2d Ed. (1997).

4.     More than 90% of my practice is devoted to issues involving court-awarded attorney's fees. I have been counsel in over 200 attorneys' fee applications in state and federal courts, primarily representing other attorneys. I also have briefed and argued more than 40 appeals, at least 30 of which have involved attorneys' fees issues. I have successfully handled five cases in the California Supreme Court involving court-awarded attorneys' fees: (1) *Maria P. v. Riles*, 43 Cal.3d 1281 (1987), which upheld a C.C.P. section 1021.5 fee award based on a preliminary injunction obtained against the State Superintendent of Education, despite the fact that the case ultimately was dismissed under C.C.P. section 583; (2) *Delaney v. Baker*, 20 Cal.4th 23 (1999), which held that heightened remedies, including attorneys' fees, are available in suits against nursing homes under California's Elder Abuse Act; (3) *Ketchum v. Moses*, 24 Cal.4th 1122 (2001), which held, *inter alia,* that contingent risk multipliers remain available under California attorney fee law, despite the United States Supreme Court's contrary ruling on federal law (note that in *Ketchum,* I was primary appellate counsel in the Court of Appeal and "second chair" in the Supreme Court); (4) *Flannery v. Prentice*, 26 Cal.4th 572 (2001), which held that in the absence of an agreement to the contrary, statutory attorneys' fees belong to the attorney whose services they are based upon; and (5) *Graham v. DaimlerChrysler Corp.*, 34

Cal.4th 553 (2004), which I handled, along with trial counsel, in both the Court of Appeal and Supreme Court. I also represented and argued on behalf of *amicus curiae* in *Conservatorship of McQueen*, 59 Cal.4th 602 (2014), presenting the argument relied upon by the Court.  Along with the Western Center on Law and Poverty, I also prepared and filed an *amicus curiae* brief in *Vasquez v. State of California*, 45 Cal.4th 243 (2009).  I also have handled numerous other appeals, including: *Davis v. City & County of San Francisco*, 976 F.2d 1536 (9th Cir. 1992); *Mangold v. CPUC*, 67 F.3d 1470 (9th Cir. 1995); *Velez v. Wynne*, 2007 U.S. App. LEXIS 2194 (9th Cir. 2007); *Camacho v. Bridgeport Financial, Inc.*, 523 F.3d 973 (9th Cir. 2008); *Center for Biological Diversity v. County of San Bernardino*, 185 Cal.App.4th 866 (2010); *Environmental Protection Information Center v. California Dept. of Forestry & Fire Protection et al*, 190 Cal.App.4th 217 (2010); and *Heron Bay Home Owners Assn. v. City of San Leandro*, 19 Cal.App.5th 376  (2018). I also have extensive experience litigating the merits of class actions, including numerous housing, government benefits, and consumer class actions.  *See*, *e.g.*, *Employment Dev. Dept. v. Superior Court (Boren)* (1981) 30 Cal.3d 256.  I also have represented Class Counsel on their fee requests in numerous highly-contested class actions, including *Davis v. City & County of San Francisco, supra, Duran v. First National Bank,* Alameda County Superior Court No. 2001-035537 and *Molina, et al. v. Lexmark International, et al.,* Los Angeles County Superior Court No. BC339177.  For an expanded list of my representative reported decisions, *see* Exhibit A, pp. 4-8.

5.     I also have been retained by various governmental entities, including the California Attorney General's office, the California Department of Fair Employment and Housing, and the City of Oakland, at my then current rates, to consult with them regarding their affirmative attorney fee claims.

6.     I am frequently called upon to opine about the reasonableness of attorneys' fees, and my declarations on that issue have been cited favorably by numerous federal and state courts.  The following federal courts have cited my declaration testimony favorably:

- *Antoninetti v. Chipotle Mexican Grill, Inc.*, No. 08-55867 (9th Cir. 2012), Order filed Dec. 26, 2012, at 6;

- *Prison Legal News v. Schwarzenegger,* 608 F.3d 446, 455 (9th Cir. 2010) (the expert declaration referred to is mine);

- *Notter v. City of Pleasant Hill,* 2017 U.S.Dist.LEXIS 197404, 2017 WL 5972698 (N.D. Cal. 2017)

- *Villalpondo v. Exel Direct, Inc.*, 2016 WL 1598663 (N.D. Cal. 2016);

- *State Compensation Insurance Fund v. Khan et al*, Case No. SACV 12-01072-CJC (JCGx) (C.D. Cal.), Order Granting in Part and Denying in Part the Zaks Defendants' Motion for Attorneys' Fees, filed July 6, 2016 (Dkt. No. 408);

- *In re Cathode Ray Tube Antitrust Litig.,* Master File No. 3:07-cv-5944 JST, MDL No. 1917 (N.D. Cal. 2016) 2016 U.S.Dist.LEXIS 24951 (Report And Recommendation Of Special Master Re Motions (1) To Approve Indirect Purchaser Petitioner's Settlements With the Phillips, Panasonic, Hitachi, Toshiba, Samsung SDI, Technicolor, And Technologies Displays Americas Defendants, and (2) For Award Of Attorneys' Fees, Reimbursement Of Litigation Expenses, And Incentive Awards To Class Representative, Dkt. 4351, dated January 28, 2016, *adopted in relevant part,* 2016 U.S.Dist.LEXIS 88665;

- *Gutierrez v. Wells Fargo Bank*, 2015 U.S. Dist. LEXIS 67298 (N.D. Cal. 2015);

- *Holman v. Experian Information Solutions, Inc.*, 2014 U.S. Dist. LEXIS 173698 (N.D. Cal. 2014);

- *In re TFT-LCD (Flat Panel) Antitrust Litig.,* No. M 07-1827 SI, MDL No. 1827 (N.D. Cal.), Report and Recommendation of Special Master Re Motions for Attorneys' Fees And Other Amounts By Indirect-Purchaser Class Plaintiffs And State Attorneys General, Dkt. 7127, filed Nov. 9, 2012, adopted in relevant part, 2013 U.S. Dist. LEXIS 49885 (N.D. Cal. 2013) ("*TFT-LCD (Flat Panel)* Report & Recommendation");

- *Walsh v. Kindred Healthcare*, 2013 U.S. Dist. LEXIS 176319 (N.D. Cal. 2013);

- *A.D. v. California Highway Patrol*, 2009 U.S. Dist. LEXIS 110743, at *4 (N.D. Cal. 2009), rev'd on other grounds, 712 F.3d 446 (9th Cir. 2013), reaffirmed and additional fees awarded on remand, 2013 U.S. Dist. LEXIS 169275 (N.D. Cal. 2013);

- *Hajro v. United States Citizenship & Immigration Service*, 900 F. Supp. 2d 1034, 1054 (N.D. Cal 2012);

- *Rosenfeld v. United States Dep't of Justice*, 904 F. Supp. 2d 988, 1002 (N.D. Cal. 2012);

- *Garcia v. Resurgent Capital Servs.,* 2012 U.S.Dist.LEXIS 123889 (N.D. Cal. 2012);

- *Stonebrae, L.P. v. Toll Bros., Inc.*, 2011 U.S. Dist. LEXIS 39832, at *9 (N.D. Cal. 2011) (thorough discussion), aff'd 2013 U.S. App. LEXIS 6369 (9th Cir. 2013);

- *Armstrong v. Brown*, 2011 U.S. Dist. LEXIS 87428 (N.D. Cal. 2011);

- *Lira v. Cate*, 2010 WL 727979 (N.D. Cal. 2010);

- *Californians for Disability Rights, Inc. v. California Dep't of Transportation*, 2010 U.S.      Dist. LEXIS 141030 (N.D. Cal. 2010);

- *Nat'l Federation of the Blind v. Target Corp.*, 2009 U.S. Dist. LEXIS 67139 (N.D. Cal.      2009);

- *Prison Legal News v. Schwarzenegger*, 561 F.Supp.2d 1095 (N.D. Cal. 2008) (an earlier      motion);

- *Bancroft v. Trizechahn Corp.*, No. CV 02-2373 SVW (FMOx), Order Granting Plaintiffs  Reasonable Attorneys' Fees and Costs In the Amount of $168,886.76, Dkt. 278 (C.D.      Cal. Aug. 14, 2006);

- *Willoughby v. DT Credit Corp.*, No. CV 05-05907 MMM (CWx), Order Awarding Attorneys' Fees After Remand, Dkt. 65 (C.D. Cal. July 17, 2006);

- *Oberfelder v. City of Petaluma*, 2002 U.S. Dist. LEXIS 8635 (N.D. Cal. 2002), aff'd      2003 U.S. App. LEXIS 11371 (9th Cir. 2003).

7.     The following California appellate courts also have referenced my declaration favorably:

- *Kerkeles v. City of San Jose*, 243 Cal.App.4th 88 (2015);

- *Habitat and Watershed Caretakers v. City of Santa Cruz*, 2015 Cal. App. Unpub. LEXIS 7156, 2015 WL 5827045 (2015);

- *Laffitte v. Robert Half Int'l Inc.*, 231 Cal.App.4th 860 (2014), aff'd (2016) 1 Cal.5th 480;

- *In re Tobacco Cases I*, 216 Cal.App.4th 570 (2013);

- *Heritage Pacific Financial, LLC v. Monroy*, 215 Cal.App.4th 972 (2013);

- *Wilkinson v. South City Ford*, 2010 Cal. App. Unpub. LEXIS 8680, 2010 WL 4292631 (2010);

- *Children's Hospital & Medical Center v. Bonta*, 97 Cal.App.4th 740 (2002);

- *Church of Scientology v. Wollersheim*, 42 Cal.App.4th 628 (1996).

8.     Numerous California trial courts have also relied on my declaration or in person testimony.

9.     Through my writing and practice, I have become familiar with the non-contingent market rates charged by attorneys in California and elsewhere.  I have obtained this familiarity

in several ways:  (1) by handling attorneys' fee litigation; (2) by discussing fees with other attorneys; (3) by obtaining declarations regarding prevailing market rates in cases in which I represent attorneys seeking fees; and (4) by reviewing attorneys' fee applications and awards in other cases, as well as surveys and articles on attorney's fees in the legal newspapers and treatises.

10.     In this case, I have consulted with Plaintiffs' counsel regarding the fee application for their work in this matter.  I have been made aware of the rates requested by Plaintiffs' counsel and their respective backgrounds and experience.  In particular, I am aware that Plaintiffs' counsel request the following market-based rates for lawyers admitted to practice in the following years:

| ACLU Attorney | Law School Grad Year | Hourly Rate | Dates of work performed | Attorney Location |
|---|---|---|---|---|
| Cecillia Wang | 1995 | $775 | 2013-2017 | SF |
| Jennifer Chang Newell | 2003 | $630 | 2012-2017 | SF |
| Michael Tan | 2008 | $480 | 2012-2017 | SF (2012-2014) NY (2014-2017) |
| Katrina Eiland | 2010 | $445 | 2017 | SF |
| Christine Sun | 1998 | $705 | 2013-2014 | SF |
| Araceli Martínez-Olguín | 2004 | $600 | 2013-2015 | SF |
| Orion Danjuma | 2010 | $445 | 2012-2014 | SF |

| NILC Attorney | Year | Hourly Rate | Dates of Work | Location |
|---|---|---|---|---|
| Tanya Broder | 1988 | $800 | 2012-2017 | Oakland |

**Counsel's Hourly Rates Are Reasonable**

11.     As noted, I have reviewed the billing rates requested by Plaintiffs' counsel in this proceeding.  The 2018 rates being requested by Plaintiffs' counsel based in the San Francisco

Bay Area are eminently reasonable in light of the information I have gathered as an attorneys' fees specialist (see ¶¶ 12-15 below).  Under federal fee-shifting law, Plaintiffs' counsel are entitled to the hourly rates they have requested if those rates are "in line with" the rates charged by attorneys of reasonably comparable experience, expertise, and skill for reasonably similar work.  *Blum v. Stenson,* 465 U.S. 886, 895 fn. 11 (1984).  I am aware of the 2012-2013 hourly rates awarded to ACLU attorneys by the United States District Court for the District of Arizona, in *Ortega Melendres v. Arpaio*, No. 07-cv-2513-GMS (Fee Order dated Sept. 11, 2014).  I am also familiar with the work of the ACLU and its Immigrants' Rights Project.  The ACLU is among the leading organizations litigating civil rights and civil liberties cases nationwide. The skills and work product of the ACLU's lawyers would command market rates at the high end in the local legal marketplace.  In my opinion, based on my knowledge of counsel's backgrounds and experience levels and the information about hourly rates I have gathered, some of which is summarized below, the rates requested by Plaintiffs' counsel in this matter are well within the range of, but lower than many of, the non-contingent market rates charged by San Francisco Bay Area attorneys of reasonably comparable experience, skill, and expertise for reasonably comparable services.  I base that opinion in large part on the following data:

**Rates Found Reasonable in Other Cases**

12.     The following hourly rates have been found reasonable by various Northern California courts for reasonably comparable services:

**2017 Rates**

(1)     *Max Sound Corp. v. Google Inc.*, 2017 U.S.Dist.LEXIS 168541 (N.D. Cal. Sept. 25, 2017), a patent action dismissed by the court on defendants' motion, in which the court found reasonable the following hourly rates:

| California Bar Admission Date | Rates Over 2-year Period |
|---|---|
| 1995 | $905 |
| 2000 | $650-950 |
| 2007 | $504-608 |

2012                              $336-575

(2)     *May v. San Mateo County*, N.D. Cal. No. 3:16-cv-00252-LB, Stipulation and Order re Settlement filed Nov. 10, 2017 [Doc. No. 218], an individual police misconduct action, in which the court found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 26 | $775 |
| 22 | $775 |
| 10 | $475 |
| 5 | $425 |
| 48 | $825 |
| Paralegal | $240 |

(3)     *In re National Collegiate Athletic Assn. Athletic Grant-In-Aid Antitrust Litigation*, 2017 U.S.Dist.LEXIS 201108 (N.D. Cal. Dec. 6, 2017), a class antitrust action, in which the court found the following hourly rates reasonable:

| Level | Rate |
|---|---|
| Hagens Berman Sobol Shapiro LLP | |
| Senior Attorney | $950 |
| Other Partners | $578-760 |
| Associates | $295-630 |
| | |
| Pearson, Simon & Warshaw LLP | |
| Senior Attorneys | $835-1,035 |
| Other Partner | $715-870 |
| Of Counsel | $450-900 |
| Associates | $350-635 |
| Staff & Law Clerks | $175-225 |
| | |
| Pritzker Levine | |
| Partners | $695 |
| Of Counsel and Associates | $495-625 |

(4)     *Hoeper v. City & County of San Francisco*, No. CGC-15-543553, Order After Hearing Granting in Part and Denying in Part Plaintiff Joanne Hoeper's Motion for Attorney

Fees, filed July 12, 2017, an individual whistleblower case under Government Code section 12653(b), in which the trial court found the following hourly rates reasonable, before applying a 1.35 lodestar multiplier:

| Bar Admission Year | Rates |
|---|---|
| 1982 | $850 - 750 |
| 1979 | $750 |
| 2003 | $550 |
| Associates | $350 |
| Paralegals | $150-160 |

(5)     *Ridgeway v. Wal-Mart Stores, Inc.*, N.D. Cal. No. 08-cv-05221-SI, Order Granting in Part and Denying in Part Petitioner's Motion for Fees, Costs, and Enhancement Awards, filed September 14, 2017 (Dkt. No. 606), reported at 2017 U.S.Dist.LEXIS 149440, a wage and hour class action, in which the court issued a statutory fee award against Wal-Mart based on the following 2017 rates (plus a 2.0 multiplier), to partially offset a 25% common fund fee award payable by the class:

| Years of Experience | Rate |
|---|---|
| 46 | $900 |
| 40 | $890 |
| 38 | $870 |
| 36 | $850 |
| 34 | $830 |
| 20 | $730 |
| 37 (senior assoc.) | $700 |
| 29 (senior assoc.) | $670 |
| 19 (senior assoc.) | $610 |
| 11 | $500 |
| 7 | $450-500 |
| 6 | $425 |
| 3 | $355 |
| 4 | $330 |
| 1 | $300 |
| Senior Paralegal | $225 |

| | |
|---|---|
| Paralegal | $195 |
| Law Clerk | $225 |

(6)     *Nitsch v. Dreamworks Animation SKG, Inc.*, N.D. Cal. No. 5:14-cv-04062-LHK, Order Granting in Part and Denying in Part Motion for Attorney's Fees (Dkt. No. 402), an antitrust class action brought by former employees of the defendants, in which the court found the following hourly rates reasonable, before applying a 2.0 multiplier:

| Years of Experience | Rate |
|---|---|
| 44 | $1,200 |
| 35 | $950 |
| 28 | $870 |
| 21 | $735 |
| Paralegal | Up to $290 |

(7)     *Huynh v. Hous. Auth. Of Santa Clara*, 2017 U.S.Dist.LEXIS 39138 (N.D. Cal. 2017), a tenant class action[1] challenging the Housing Authority's policy regarding the accommodation of households with disabled family members, in which the court found the following hourly rates reasonable:

| Graduation Year | Rate |
|---|---|
| Law Foundation of Silicon Valley: | |
| 1990 | $800 |
| 2001 | $660 |
| 2004 | $635 |
| 2007 | $545 |
| 2008 | $545 |
| 2010 | $415 |
| 2014 | $325 |
| 2015 | $325 |
| Fish & Richardson PC: | |
| 1996 | $862.07 |

---

[1] The rates found reasonable in class actions are also probative of reasonable rates for non-class cases. *Heritage Pacific Financial v. Monroy* (2013) 215 Cal.App.4th 972, 1009.

10

| | |
|---|---|
| 2002 | $700 |
| 2005 | $676.75 |
| 2011 | $530 |
| 2007 | $475 |
| 2014 | $362.54 |
| 2015 | $329.09 |
| 2016 | $330.11 |
| Paralegals | $236-275 |

(8)    *Cotter et al. v. Lyft, Inc.*, N.D. Cal. No. 13-cv-04065- VC, Order Granting Final Approval of Settlement Agreement, filed March 16, 2017 (Dkt. No. 310), a class action against Lyft alleging Lyft underpaid its drivers by classifying them as independent contractors, in which the court approved the percentage-based fee award requested by plaintiffs based on the following hourly rates, plus a 3.18 multiplier:

| Class | Rate |
|---|---|
| 1996 | $800 |
| 2010 | $500 |
| 2014 | $325 |
| Paralegal | $200 |

(9)    *Armstrong v. Brown*, N.D. Cal. No. 4:94-cv-02307-CW, Stipulated Order Confirming Undisputed Attorneys' Fees and Costs for the Third Quarter of 2017, filed December 19, 2017 (Dkt. No. 2708), a prisoners' rights class action, in which the court approved the following 2017 hourly rates for monitoring the injunction in that matter:

| Years of Experience | Rate |
|---|---|
| 37 | $950 |
| 33 | $825 |
| 20 | $780 |
| 24 (Of Counsel) | $700 |
| 12 (Partner) | $650 |
| 9 (Associate) | $490 |
| 8 | $480 |
| 7 | $470 |

11

|                      | Years of Experience | Rate        |
|----------------------|---------------------|-------------|
|                      | 6                   | $440        |
|                      | Paralegals          | $240-325    |

**2016 Rates**

(10)   *California Building Industry Association v. City of San Jose et al.*, Santa Clara County Superior Court, No. 110CV167289, Order on Submitted Matter filed December 23, 2016, an action against the City of San Jose's affordable housing ordinance, in which the court awarded fees to the Intervenors and found the following 2016 hourly rates reasonable:

| Year Admitted | Rate |
|---------------|------|
| 1980          | $810 |
| 1998          | $710 |

(11)   *Animation Workers Antitrust Litigation*, N.D. Cal. No. 14-CV-4062 LHK, Order Granting Petitioner's Motion for Attorneys' Fees, Expenses, and Service Awards for Settlements with Sony Pictures Imageworks, Inc., Sony Pictures Animation Inc., and Blue Sky Studios Inc., filed November 11, 2016, reported at 2016 U.S.Dist.LEXIS 156720, a class action alleging defendants violated the antitrust laws by restricting their employees' ability to change employers, in which the court found the following 2016 hourly rates reasonable:

| Years of Experience | Rate        |
|---------------------|-------------|
| 44                  | $1,200      |
| 27                  | $845        |
| 22                  | $735        |
| Paralegals          | Up to $290  |

(12)   *National Federation of the Blind of California v. Uber Technologies, Inc.*, N.D. Cal. No. 14-cv-04086 NC, Order Granting Final Approval and Attorneys' Fees, filed December 6, 2016 (Dkt. No. 139), a class action against Uber alleging that it violated federal antidiscrimination laws by allowing its drivers to refuse to accept service dogs, in which the court found the following 2016 hourly rates reasonable (before applying a 1.5 lodestar multiplier under California law):

| Class | Rate |
|---|---|
| 1980 | $900 |
| 1985 | $895 |
| 1997 | $740 |
| 2005 | $645 |
| 2010 | $475 |
| 2011 | $460 |
| 2014 | $355 |
| Paralegals | $275 |
| Summer Associates | $275-280 |
| 2 | $265 |

## **2015 Rates**

(13)  *Guerrero v. California Department of Corrections and Rehabilitation*, 2016 U.S. Dist. LEXIS 78796 (N.D. Cal. 2016), *affirmed in relevant part,* (9th Cir. 2017) 2017 U.S.App.LEXIS 12450, an individual Title VII action against two state agencies that established unlawful discrimination against a Latino job applicant, in which the court found the following 2015 hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 47 | $775 |
| 45 | $754* |
| 29 | $753.50 |
| 18 | $654.50 |
| 6 | $358* |
| 5 | $325 |
| Paralegals | $150 |

* (blended historical rate)

(14)  *Carnes v. Atria Senior Living, Inc.*, N.D. Cal. No. 14-cv-02727-VC, Order Granting Motion for Attorneys' Fees, Costs, and Service Award, filed July 12, 2016 (Dkt. No. 115), a class action against a skilled nursing facility, in which the court found the following 2015 hourly rates reasonable:

13

| Years of Experience | Rate |
|---|---|
| 30-35 | $750-775 |
| 23 | $700 |
| 18 | $575 |
| 13 | $550 |
| 12 | $650 |
| 7 | $550 |
| 6 | $450 |
| 5 | $350 |
| 4 | $450 |
| 2 | $265 |

(15) *Civil Rights Education and Enforcement Center v. Ashford Hospitality Trust, Inc.*, 2016 U.S. Dist. LEXIS 37256 (N.D. Cal. March 22, 2016), an action challenging defendants' hotels' failure to provide wheelchair accessible transportation,  in which the Court found the following 2015 hourly rates reasonable:

| Years of Experience | Rates |
|---|---|
| 41 | $900 |
| 24 | $750 |
| 10 | $550 |
| 8 | $500 |
| 5 | $430 |
| Paralegal | $250 |

(16) *Armstrong v. Brown*, N.D. Cal. No. 4:94-cv-02307-CW, Stipulated Order Confirming Undisputed Attorneys' Fees and Costs for the Fourth Quarter of 2015, filed February 2, 2016 (Dkt. No. 2576), a prisoners' rights class action, in which the court approved the following 2015 hourly rates for monitoring the injunction in that matter:

| Years of Experience | Rate |
|---|---|
| 35 | $840 |
| 31 | $710 |
| 18 | $690 |
| 21 (Of Counsel) | $590 |

| | |
|---|---|
| 9 (Partner) | $525 |
| 9 (Associate) | $490 |
| 8 | $480 |
| 7 | $470 |
| 6 | $440 |
| Paralegals | $220-290 |

(17)   *Alden v. Alden*, San Mateo County Superior Court No. CIV 524269, Order Granting Petitioner Katherine Alden's Motion for Attorneys' Fees and Costs, filed November 23, 2015, a fee award for appellate work under California C.C.P. § 527.6(r),  in which the court found the following 2015 hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 49 | $1,045 |
| 42 | $1,035 |
| 41 | $990 |
| 22 | $875 |
| 10 | $600 |
| 3 | $500 |

(18)   *In re High Tech Employment Antitrust Litigation* (N.D. Cal. 2015) 2015 U.S. Dist. LEXIS 118052, filed September 2, 2015, a class employment practices action, in which the court found the following 2015 hourly rates reasonable (before applying a 2.2 multiplier):

| Level | Rates |
|---|---|
| Partners | $490-975 |
| Associates | $310-800 |
| Paralegals, law clerks, and litigation support staff | $190-430 |

(19)   *O'Bannon v. National Collegiate Athletic Assn.* (N.D. Cal. 2015) 2015 U.S. Dist. LEXIS 91514, filed July 13, 2015, a group antitrust action, in which the court found the following hourly rates reasonable:

| Years of Experience | Rate |
|---|---|
| 45 | $985 |
| 37 | 935-895 |
| 15 | 610-510 |
| 14 | 600 |

|   |   |
|---|---|
| 7 | 490 |
| 3 | 370 |
| Paralegals | 300-320 |
| Law Clerks | 325 |

(20)   *Wynn v. Chanos* (N.D. Cal. 2015) 2015 U.S.Dist. LEXIS 80062, filed June 19, 2015, an anti-SLAPP fee award, in which the court found the following hourly rates reasonable:

| Years of Experience | 2015/2014 Rates |
|---|---|
| 40 | $1085/1035 |
| 35 | 750 |
| 20 | 920/875 |
| 6 | 710/645 |
| 4 | 640/570 |

(21)   *Gutierrez v. Wells Fargo Bank, N.A* (N.D. Cal. 2015) 2015 U.S. Dist. LEXIS 67298, filed May 21, 2015, an unfair business practices class action, in which the court found the following hourly rates reasonable (before applying a 5.5 multiplier):

| Year of Bar Admission | Rate |
|---|---|
| 1972 | $975 |
| 1989 | 850 |
| 2001 | 625 |
| 2006 | 435 |
| 2009 | 435 |
| 3 | 370 |
| Paralegals | 300-320 |
| Law Clerks | 325 |

**Rate Information from Surveys**

13.   I also base my opinion on several credible surveys of legal rates, including the following:

- In December 2015, Thomson Reuters published its "Legal Billing Report," which surveys the rates approved for various law firms by the bankruptcy courts.  (Under bankruptcy law, the rates sought must be the firm's ordinary commercial rates.)  A

true and correct copy of an excerpt for the data listed for the West Regions is attached hereto as **Exhibit B**.  It shows that Plaintiffs' counsel's rates are within the range of the rates found reasonable for other law firms.

- On January 5, 2015, the National Law Journal published an article about its then current rate survey entitled "Billing Rates Rise, Discounts Abound."  A true and correct copy of that article is attached hereto as **Exhibit C**.  It contains the rates charged by numerous Bay Area law firms handling comparably complex litigation. Plaintiffs' counsel's rates are well in line with those rates.

- The 2015 Real Rate Report Snapshot published by Ty Metrix/Legal Analytics summarizes the 2014 "real rates" for partners and associates in various cities.  A copy of the relevant pages is attached hereto as **Exhibit D**.  It shows that in 2014, based on the 823 partners and 742 associates San Francisco area attorneys surveyed, the Third Quartile hourly rates for partners was $760 per hour.  The Third Quartile hourly rate for associates was $495 per hour. Given the results obtained here against fierce government opposition, in my opinion rates equal to at least the Third Quartile are the most appropriate measure.  The rates sought by Plaintiffs' attorneys in this motion are significantly below these published rates. Moreover, in my experience, since 2014, most San Francisco Bay Area firms have raised their rates by at least 15%.

**Hourly Rates Charged by Other Law Firms**

14.    Counsel's rates also are supported by the standard hourly non-contingent rates for comparable civil litigation stated in court filings, depositions, surveys, or other reliable sources by numerous California law firms or law firms with offices or practices in the Bay Area. These rates include, in alphabetical order:

**Altshuler Berzon LLP**

| 2017 Rates: | Years of Experience/Level | Rate |
|---|---|---|
| | Senior Partners | $930 |
| | Junior Partners (1991-2001) | 875-690 |
| | Associates (2008-2013) | 510-365 |

**Altshuler Berzon LLP**

| 2015 Rates: | Years of Experience/Level | Rate |
|---|---|---|
| | 32 | $895 |
| | Junior Partners | 825-630 |
| | Associates | 450-340 |
| | Paralegals | 250 |
| 2014 Rates: | Years of Experience | Rate |
| | 38 | $895 |
| 2012 Rates: | Years of Experience | Rate |
| | 34 | $850 |
| | 26 | 785 |
| | 21 | 750 |
| | 18 | 700 |
| | 14 | 625 |
| | 12 | 570 |
| | 11 | 550 |
| | 10 | 520 |
| | 6 | 410 |
| | 5 | 385 |
| | 4 | 335 |
| | Law Clerks | 250 |
| | Paralegals | 215 |
| 2011 Rates: | Years of Experience | Rate |
| | 43 | $825 |
| | 17 | 675 |
| | 12 | 575 |
| | 10 | 520 |
| | Law Clerks | 225 |
| | Paralegals | 215 |

**Arnold Porter LLP**

| 2015 Rates: | Years of Experience | Rate |
|---|---|---|
| | 40 | $1,085 |
| | 20 | 920 |
| | 6 | 710 |
| | 4 | 640 |
| 2014 Rates: | Years of Experience | Rate |
| | 49 | $995 |
| | 45 | 720 |
| | 39 | 655 |
| 2013 Rates: | Average Partner | $815 |
| | Highest Partner | 950 |

**Arnold Porter LLP**

|  | Lowest Partner | 670 |
|---|---|---|
|  | Average Associate | 500 |
|  | Highest Associate | 610 |
|  | Lowest Associate | 345 |

**The Arns Law Firm LLP**

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
|  | 37 | $950 |
|  | Law Clerks | 165 |

**Bingham McCutchen (now Morgan, Lewis & Bockius)**

| 2013 Rates: | Average Partner | $795 |
|---|---|---|
|  | Highest Partner | 1,080 |
|  | Lowest Partner | 220 |
|  | Average Associate | 450 |
|  | Highest Associate | 605 |
|  | Lowest Associate | 185 |
| 2011 Rates: | Years of Experience | Rate |
|  | 30 | $780 |
| 2010 Rates: | Years of Experience | Rate |
|  | 13 | $655 |
|  | 4 | 480 |
|  | 2 | 400 |

**Boies Schiller & Flexner LLP**

| 2016 Rates: | Bar Admittance | Rate |
|---|---|---|
|  | 1988 | $960 |
|  | 2000 | 830 |
|  | 2001 | 880 |

**Bramson, Plutzik, Mahler & Birkhaeuser, LLP**

| 2015 Rates: | Years of Experience | Rate |
|---|---|---|
|  | 38 | $745 |
|  | 34 | 745 |
|  | 27 | 745 |
|  | 30 (Associate) | 675 |
|  | Paralegal | 160 |

**Burson & Fisher**

| 2013 Rates: | Years of Experience | Rate |
|---|---|---|

**Bramson, Plutzik, Mahler & Birkhaeuser, LLP**

| | |
|---|---|
| 16 | $680-850 |
| 11 | 680 |
| 4 | 400 |
| 3 | 390 |
| 2 | 375 |
| 1 | 300 |
| Law Clerks | 225 |
| Litigation Support Specialists | 180 |

**Chavez & Gertler**

| 2014 Rates | Years of Experience | Rate |
|---|---|---|
| | 35 | $775 |
| | 31 | 750 |
| | 33 | 695 |
| | 12 | 575 |
| | 5 | 395 |
| | Legal Assistant | 225 |
| 2012 Rates: | Years of Experience | Rate |
| | 33 | $750 |
| | 29 | 725 |
| | 32 | 675 |
| | 21 | 575 |
| | 11 | 535 |
| | 7 | 475 |
| | Legal Assistant | 185 |
| 2011 Rates: | Years of Experience | Rate |
| | 32 | $725 |
| | 28 | 700 |
| | 10 | 550 |
| | 9 | 510 |
| | 5 | 425 |
| | Paralegals | 225 |

**Coblentz Patch & Duffy**

| 2013 Rates: | Year of Bar Admission | Rate |
|---|---|---|
| | 1979 | $720 |
| | 1994 | 575 |
| | 2008 | 320 |
| | Paralegals/Case Clerks | 295 |

**Cohelan Khoury & Singer**

| 2012 Rates: | Years of Experience | Rate |
|---|---|---|
| | 38 | $750 |
| | 28 | 750 |
| | 11 | 400 |
| | Paralegal | 170 |

**Cooley LLP**

| 2017 Rates: | Years of Exp. | | Rate: |
|---|---|---|---|
| | 22 | | $905 |

| 2012-2014 Rates: | Years of Experience | 2012 | 2013 | 2014 |
|---|---|---|---|---|
| | 31 | $975 | $1,035 | $1,095 |
| | 17 | 670 | 710 | 770 |
| | 9 | 550 | 645 | 685 |
| | 7 | 500 | 585 | 685 |
| | 6 | | 530 | 620 |
| | 3 | | 355 | 445 |
| | Paralegal | | 260 | 325 |
| | Paralegal | 245 | 260 | 275 |
| | | | | 290 |

**Cooper & Kirkham**

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 33 | $775 |
| | 22 | 775 |
| | 15 | 500 |
| | 4 | 360 |
| | Paralegals, case assistants, law clerks | 225-250 |

| 2012 Rates: | Years of Experience | Rate |
|---|---|---|
| | 48 | $950 |
| | 37 | 825 |
| | 11 | 600 |

**Cotchett, Pitre & McCarthy, LLP**

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 49 | $900 |
| | 33 | 775 |
| | 22 | 775 |

**Cotchett, Pitre & McCarthy, LLP**

| | | |
|---|---|---|
| 15 | | 500 |
| Senior Associates | | 415 |
| 4 | | 360 |
| Paralegals, case assistants, law clerks | | 225-250 |

**Covington Burling**

| 2015 Rates: | Years of Experience | Rate |
|---|---|---|
| | 30 | $805 |
| | 2 | 410 |
| 2014 Rates: | Level | Rate |
| | Average Partner | $780 |
| | Highest Partner | 890 |
| | Lowest Partner | 605 |
| | Average Associate | 415 |
| | Highest Associate | 565 |
| | Lowest Associate | 320 |
| | | |
| 2013 Rates: | Years of Experience | Rate |
| | 28 | $750 |
| | 16 | 670 |
| | 14 | 670 |
| | 7 | 510 |
| | 2 | 375 |
| | 5 | 490 |
| | Litigation Support | 110-355 |
| | | |
| 2012 Rates: | Years of Experience | Rate |
| | 27 | $730 |
| | 15 | 632-650 |
| | 13 | 650 |
| 2011 Rates: | Years of Experience | Rate |
| | 26 | $710 |
| | 14 | 640 |
| | 12 | 600 |
| | 9 | 565 |
| | 7 | 550 |
| | 5 | 425 |
| | 3 | 390 |
| | 1 | 320 |

**Covington Burling**

| 2010 Rates: | Years of Experience | Rate |
|---|---|---|
| | 25 | $710 |
| | 13 | 640 |
| | 11 | 575-600 |
| | 8 | 550-565 |
| | 6 | 525-550 |
| | 4 | 390-425 |
| | 2 | 350-390 |

**Duane Morris LLP**

| 2016 Rates: | Years of Experience | Rate |
|---|---|---|
| | 43 | $880 |
| | 41 | 880 |
| | 26 | 720 |
| | 25 | 695 |

**Farella Braun & Martell LLP**

| 2010 Rates: | Years of Experience | Rate |
|---|---|---|
| | 31 | $715 |

**Feinberg, Jackson, Worthman & Wasow LLP**

| 2016 Rates: | Years of Experience | Rate |
|---|---|---|
| | 28 | $800 |

**Fenwick & West**

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 45 | $750 |
| | 35 | 750 |
| | 23 | 725 |
| | 19 | 695 |
| | 5 | 400 |
| | 3 | 350 |
| | Paralegal | 125 |
| 2013 Rates: | 18 | $755 |
| | 11 | 595 |
| | 2 | 425 |
| 2012 Rates: | 40 | $865 |
| | 17 | 755 |
| | 10 | 595 |

**Fenwick & West**

|   |   |   |
|---|---|---|
| 1 |   | 375 |

**Gibson Dunn & Crutcher LLP**

| 2016 Rates: | Bar Admittance | Rate |
|---|---|---|
|   | 1987 | $852 |
|   | 2010 | 540 |
|   | 2013 | 404 |
| 2015 Rates: | Years of Experience | Rate |
|   | 37 | $1,125 |
|   | 23 | 955 |
|   | 3 | 575 |
| 2014 Rates: | Years of Experience | Rate |
|   | 36 | $1,080 |
|   | 22 | 910 |
|   | 9 (Of Counsel) | 740 |
|   | 6 | 690 |
|   | 2 | 485 |
| 2013 Rates: | Average Partner | $980 |
|   | Highest Partner | 1,800 |
|   | Lowest Partner | 765 |
|   | Average Associate | 590 |
|   | Highest Associate | 930 |
|   | Lowest Associate | 175 |

**Goldstein, Borgen, Dardarian & Ho**

| 2016 Rates: | Graduation Year | Rate |
|---|---|---|
| Partners | 1987 | $810 |
|   | 1994 | 775 |
|   | 2005 | 600 |
|   | 2006 | 575 |
|   | 2007 | 565 |
| Of Counsel | 1970 | 830-865 |
|   | 1981 | 820 |
| Associates | 1993 | 750 |
|   | 1994 | 725 |
|   | 1995 | 700 |
|   | 1996 | 675 |
|   | 1997 | 650 |
|   | 1998 | 625 |
|   | 1999 | 600 |
|   | 2000 | 600 |

24

|  |  |  |
|---|---|---|
|  | 2001 | 600 |
|  | 2002 | 575 |
|  | 2003 | 575 |
|  | 2004 | 575 |
|  | 2005 | 550 |
|  | 2006 | 525 |
|  | 2007 | 500 |
|  | 2008 | 475 |
|  | 2009 | 450 |
|  | 2010 | 425 |
|  | 2011 | 400 |
|  | 2012 | 375 |
|  | 2013 | 375 |
|  | 2014 | 350 |
|  | 2015 | 325 |
| Law Clerk |  | 250 |
| Statistician |  | 300 |
| Sr. Paralegal |  | 250-275 |
| Paralegal |  | 200 |
| Case Clerk |  | 195 |
| System Analyst |  | 250 |

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
|  | 33 | $795 |
|  | 27 | 750 |
|  | 8 | 500 |
|  | 4 | 395 |
|  | 3 | 350 |
|  | 1 | 300 |
|  | Law Clerks/Paralegals | 160-250 |

| 2012 Rates: | Years of Experience | Rate |
|---|---|---|
|  | Partners |  |
|  | 42 | $785 |
|  | 36 | 750 |
|  | 31 | 700 |
|  | 18 | 650 |
|  | Associates |  |
|  | 7 | 470 |
|  | 6 | 445 |

| 2011 Rates: | Years of Experience | Rate |
|---|---|---|

|           | Partners           |       |
|-----------|--------------------|-------|
|           | 41                 | $725  |
|           | 35                 | 725   |
|           | 30                 | 700   |
|           | 24                 | 650   |
|           | 18                 | 600   |
|           | 17                 | 600   |
|           | 16                 | 550   |

| 2010 Rates: | Years of Experience | Rate |
|-------------|---------------------|------|
|           | Partners           |       |
|           | 40                 | $700  |
|           | 34                 | 700   |
|           | 29                 | 675   |
|           | 23                 | 625   |
|           | 17                 | 575   |
|           | 16                 | 575   |
|           | Of Counsel         |       |
|           | 40                 | 725   |
|           | Associates         |       |
|           | 15                 | $500  |
|           | 11                 | 440   |
|           | 6                  | 375   |
|           | 5                  | 365   |
|           | 4                  | 355   |
|           | 3                  | 340   |
|           | 2                  | 325   |
|           | 1                  | 305   |
|           | Law Clerks         | 195   |
|           | Paralegals         | 150-225 |

**Greines, Martin, Stein & Richland**

| 2012 Rates: | Years of Experience | Rate |
|-------------|---------------------|------|
|           | 41                 | $850  |
|           | 29                 | 850   |
|           | 23                 | 650   |
|           | 18                 | 500   |
|           | Law Clerks         | 100   |

**Hausfeld LLP**

| 2014 Rates: | Years of Experience | Rate |
|-------------|---------------------|------|

**Hausfeld LLP**

| | | |
|---|---|---|
| 45 | | $985 |
| 37 | | 935-895 |
| 15 | | 610-510 |
| 14 | | 600 |
| 7 | | 490 |
| 3 | | 370 |
| Paralegals | | 300-320 |
| Law Clerks | | 325 |

**Irell & Manella**

2013 Rates:

| Level | Rate |
|---|---|
| Average Partner | $890 |
| Highest Partner | 975 |
| Lowest Partner | 800 |
| Average Associate | 535 |
| Highest Associate | 750 |
| Lowest Associate | 395 |

**Janssen Malloy LLP**

2014 Rates:

| Years of Experience | Rate |
|---|---|
| 33 | $775 |
| Paralegals | 175 |

**Jones Day**

2016 Rates:

| Bar Admission Year | Rate |
|---|---|
| 2001 | $900 |
| 2014 | 450 |

2015 Rates:

| Bar Admission Year | Rate |
|---|---|
| 2001 | $875 |
| 2014 | 400 |

2013 Rates:

| Level | Rate |
|---|---|
| Average Partner | $745 |
| Highest Partner | 975 |
| Lowest Partner | 445 |
| Average Associate | 435 |
| Highest Associate | 775 |
| Lowest Associate | 205 |

**Keker & Van Nest, LLP**

2017 Rates:

| Years of Experience | Rate |
|---|---|
| 9 | $650 |
| 5 | 525 |

**Keker & Van Nest, LLP**

| 2010 Rates: | Level/Years of Experience | Rate |
|---|---|---|
| | Partners | |
| | 32 | $775 |
| | Other Partners | 525-975 |
| | Associates | 340-500 |
| | Paralegals/Support Staff | 120-260 |

**Kemnitzer, Barron & Krieg**

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 38 | $750 |
| | 32 | 750 |
| | 8 | 475 |
| | 3 | 350 |
| | Senior Paralegal | 250 |

**Kirkland & Ellis**

| | Years of Experience | Rate |
|---|---|---|
| 2017 Rates: | 20 | $1,165 |
| | 9 | $995 |
| | 8 | $965 |
| | 5 | $845 |
| | 4 | $845 |
| | 3 | $810 |
| | 2 | $555 |
| 2013 Rates: | Level | Rate |
| | Average Partner | $825 |
| | Highest Partner | 995 |
| | Lowest Partner | 590 |
| | Average Associate | 540 |
| | Highest Associate | 715 |
| | Lowest Associate | 235 |

**Latham & Watkins**

| 2016 Rates: | Level | Rate |
|---|---|---|
| | Average Partner | $1,185.83 |
| | Highest Partner | 1,595 |
| | Lowest Partner | 915 |
| | Average Associate | 754.62 |
| | Highest Associate | 1,205 |
| | Lowest Associate | 395 |
| 2013 Rates: | Level | Rate |
| | Average Partner | $990 |

**Latham & Watkins**

| | | |
|---|---|---|
| | Highest Partner | 1,100 |
| | Lowest Partner | 895 |
| | Average Associate | 605 |
| | Highest Associate | 725 |
| | Lowest Associate | 465 |

**Lawson Law Offices**

| 2012 Rates: | Years of Experience | Rate |
|---|---|---|
| | 24 | $650 |
| 2011 Rates: | Years of Experience | Rate |
| | 23 | 625 |
| | 20 | 550 |

**Lewis Feinberg Lee, Renaker & Jackson, P.C.**

| 2012 Rates: | Years of Experience | Rate |
|---|---|---|
| | 38 | $825 |
| | 29 | 750 |
| | 24 | 725 |
| | 21 | 700 |
| | 8 | 450 |
| | 7 | 425 |
| | 3 | 375 |
| | Senior Paralegals | 250 |
| | Law Clerks | 225 |

**Lieff Cabraser Heimann & Bernstein, LLP**

| 2015 Rates: | Years of Bar Admission | Rate |
|---|---|---|
| | 1972 | $975 |
| | 1989 | 850 |
| | 2001 | 625 |
| | 2006 | 435 |
| | 2009 | 435 |
| 2014 Rates: | Years of Bar Admission | Rate |
| | 1998 | $825 |
| | 2001 | 600 |
| | 2006 | 435 |
| | 2009 | 415 |
| | 2013 | 325 |
| | Paralegal/Clerk | 305 |
| 2013 Rates: | | |
| | 1975 | $925 |
| | 1998 | 800 |

**Lieff Cabraser Heimann & Bernstein, LLP**

| | |
|---|---|
| 2001 | 525 |
| 2003 | 490 |
| 2006 | 415 |
| 2009 | 395 |
| 2013 | 320 |
| Paralegal/Clerk | 285 |

**Manatt, Phelps & Phillips**

| 2013 Rates: | Average Partner | $740 |
|---|---|---|
| | Highest Partner | 795 |
| | Lowest Partner | 640 |
| 2010 Rates: | Partners | 525-850 |
| | Associates | 200-525 |

**McKenna Long & Aldridge LLP**

| 2015 Rates: | Years of Experience | Rate |
|---|---|---|
| | 31 | $775 |
| | 10 | 650 |
| | | 425 |
| | 5 | 420 |
| | Senior Paralegal | 350 |
| | Paralegal | 225 |
| 2014 Rates: | Years of Experience | Rate |
| | 30 | $775 |
| | 9 | 650 |
| | 5 | 420 |
| | Litigation Support Mgr. | 350 |
| | Paralegals | 225 |

**Minami Tamaki LLP**

| 2015 Rates: | Years of Experience | Rate |
|---|---|---|
| | 39 | $795 |
| 2014 Rates: | Years of Experience | Rate |
| | 38 | $1,025 |
| | 22 | 815 |
| | 17 | 790 |
| | 38 (Of Counsel) | 650 |
| | 7 | 620 |
| | 6 | 605 |
| | 5 | 595 |
| | 4 | 535 |

**Minami Tamaki LLP**

|  | 2 | 430 |
|---|---|---|
|  | Paralegal | 250 |
| 2013 Rates | Years of Experience | Rate |
|  | 37 | $985 |
|  | 29 | 780 |
|  | 21 | 760 |
|  | 37 (Of Counsel) | 650 |
|  | 5 | 570 |
|  | 4 | 515 |
|  | Paralegal | 240 |
| 2012 Rates: | Years of Experience | Rate |
|  | 36 | $750 |
|  | 15 | 525 |
|  | 5 | 395 |
|  | Paralegals | 175 |

**Morrison Foerster LLP**

| 2017 Rates: | Bar Admission Date | Rate |
|---|---|---|
|  | 2007 | $608 |
|  | 2012 | 575 |
| 2016 Rates: | Bar Admission Date | Rate |
|  | 1975 | $1,025 |
|  | 1999 | 975 |
|  | 1993 | 975 |
| 2013 Rates: | Level | Rate |
|  | Average Partner | $865 |
|  | Highest Partner | 1,195 |
|  | Lowest Partner | 595 |
|  | Average Associate | 525 |
|  | Highest Associate | 725 |
|  | Lowest Associate | 230 |
| 2011 Rates: | Years of Experience | Rate |
|  | 22 | $775 |
|  | 11 | 625 |
|  | 10 | 620 |
|  | 1 | 335 |
| 2009 Rates: | Years of Experience | Rate |
|  | 24 | $750 |

**O'Melveny & Myers**

| 2016 Rates: | Bar Admission Date | Rate |
|---|---|---|

**O'Melveny & Myers**

| | | |
|---|---|---|
| | 1985 | $1,175 |
| | 2004 | 895 |
| | 2005 | 780 |
| | 2007 | 775 |
| | 2010 | 725 |
| | 2011 | 700 |
| | 2012 | 655 |
| | 2013 | 585 |
| | 2014 | 515 |
| | 2015 | 435 |
| 2013 Rates: | Level | Rate |
| | Average Partner | $715 |
| | Highest Partner | 950 |
| | Lowest Partner | 615 |
| 2012 Rates: | Years of Experience | Rate |
| | 12 | $695 |
| | 4 | 495 |

**Orrick Herrington & Sutcliffe**

| | | |
|---|---|---|
| 2014 Rates: | Level | Rate |
| | Average Partner | $845 |
| | Highest Partner | 1,095 |
| | Lowest Partner | 715 |
| | Average Associate | 560 |
| | Highest Associate | 710 |
| | Lowest Associate | 375 |

**Paul Hastings LLP**

| | | |
|---|---|---|
| 2016 Rates: | Bar Admission Date | Rate |
| | 1973 | $1,175 |
| | 1997 | 895 |
| | 1990 | 750 |
| 2014 Rates: | Level | Rate |
| | Average Partner | $815 |
| | Highest Partner | 900 |
| | Lowest Partner | 750 |
| | Average Associate | 540 |
| | Highest Associate | 755 |
| | Lowest Associate | 595 |

**Pillsbury Winthrop Shaw Pittman LLP**

| | | |
|---|---|---|
| 2013 Rates: | Level | Rate |

**Pillsbury Winthrop Shaw Pittman LLP**

|  |  |  |
|---|---|---|
| | Average Partner | $865 |
| | Highest Partner | 1,070 |
| | Lowest Partner | 615 |
| | Average Associate | 520 |
| | Highest Associate | 860 |
| | Lowest Associate | 375 |
| 2010 Rates: | Years of Experience/Level | Rate |
| | Partners | |
| | 30 | $705-775 |
| | Other Partners | 595-965 |
| | Associates | 320-650 |
| | Paralegals/Support Staff | 85-380 |

**Quinn Emanuel Urquhart & Sullivan**

| 2013 Rates: | Level | Rate |
|---|---|---|
| | Average Partner | $915 |
| | Highest Partner | 1,075 |
| | Lowest Partner | 810 |
| | Average Associate | 410 |
| | Highest Associate | 675 |
| | Lowest Associate | 320 |

**Reed Smith LLP**

| 2014 Rates: | Years of Experience | Rate |
|---|---|---|
| | 37 | $830 |
| | 18 | 695 |
| | 15 | 585 |
| | 6 | 485 |
| | 5 | 435 |
| 2013 Rates: | Years of Experience/Level | Rate |
| | Partner | |
| | 36 | $830 |
| | 30 | 805 |
| | 17 | 610-615 |
| | 14 | 570 |
| | Associates | |
| | 8 | 450-535 |
| | 6 | 495 |

**Rosen, Bien, Galvan & Grunfeld LLP**

| 2018 Rates: | Class | Rates |
|---|---|---|

**Rosen, Bien, Galvan & Grunfeld LLP**

| | | |
|---|---|---|
| Partners: | 1962 | $1,000 |
| | 1980 | $965 |
| | 1981 | $920 |
| | 1984 | $835 |
| | 1997 | $780 |
| | 2005 | $650 |
| Of Counsel: | 1983 | $800 |
| | 1993 | $700 |
| | 2003 | $675 |
| Senior Counsel: | 2008 | $585 |
| Associates: | 2009 | $535 |
| | 2010 | $525 |
| | 2011 | $500 |
| | 2013 | $440 |
| | 2015 | $410 |
| | 2016 | $375 |
| Paralegals: | | $340-240 |
| Litigation | | $225 |
| Support/Paralegal | | |
| Clerks: | | |
| Law Students: | | $275 |
| Word Processing: | | $85 |

| 2017 Rates: | Class/Level | Rate |
|---|---|---|
| | Partners | |
| | 1962 | $1,000 |
| | 1980 | 950 |
| | 1981 | 900 |
| | 1984 | 825 |

**Rosen, Bien, Galvan & Grunfeld LLP**

|  |  |  |
|---|---|---|
|  | 1997 | 780 |
|  | 2005 | 650 |
|  | Of Counsel |  |
|  | 1983 | 800 |
|  | 1993 | 700 |
|  | 2003 | 675 |
|  | Associates |  |
|  | 2008 | 575 |
|  | 2009 | 515 |
|  | 2010 | 500 |
|  | 2011 | 490 |
|  | 2013 | 425 |
|  | 2015 | 400 |
|  | 2016 | 375 |
|  | Paralegals | 325-240 |
|  | Litigation Support/Paralegal Clerks | 225 |
|  | Law Students | 275 |
|  | Word Processing | 85 |
| 2016 Rates: | Class/Level | Rate |
|  | 1962 | $995 |
|  | 1980 | 900 |
|  | 1985 | 800 |
|  | 1997 | 740 |
|  | 2008 | 545 |
|  | 2009 | 490 |
|  | Certified Law Student | 275 |
|  | Paralegal | 275 |
| 2015 Rates: | Years of Experience/Level | Rate |
|  | Partners |  |
|  | 53 | $930 |
|  | 35 | 840 |
|  | 33 | 775 |
|  | 31 | 710 |
|  | 18 | 690 |
|  | 9 | 525 |
|  | Of Counsel | 590-610 |
|  | Associates |  |
|  | 9 | 490 |
|  | 8 | $480 |
|  | 7 | 470 |

**Rosen, Bien, Galvan & Grunfeld LLP**

|  | | |
|---|---|---|
| | 6 | 440 |
| | 5 | 420 |
| | 4 | 400 |
| | 3 | 380 |
| | Paralegals | 250-295 |
| | Litigation Support/Paralegal Clks | 200-220 |
| | Law Students | 275 |
| | Word Processing | 85 |
| 2014 Rates: | Years of Experience/Level | Rate |
| | Partners | |
| | 52 | $900 |
| | 34 | 800 |
| | 30 | 675 |
| | 17 | 650 |
| | Of Counsel | 580 |
| | Associates | |
| | 8 | 470 |
| | 8 | 460 |
| | 7 | 450 |
| | 6 | 440 |
| | 5 | 410 |
| | 4 | 390 |
| | 2 | 350 |
| | Paralegals | 230-290 |
| | Litig. Support/Paralegal Clks | 180-215 |
| | Law Students | 260 |
| | Word Processing | 80 |
| 2013 Rates: | Years of Experience/Level | Rate |
| | Partners | |
| | 51 | $875 |
| | 33 | 780 |
| | 29 | 660 |
| | 16 | 630 |
| | Of Counsel | |
| | 30 | 580 |
| | Associates | |
| | 20 | 550 |
| | 10 | 480 |
| | 9 | 465 |

**Rosen, Bien, Galvan & Grunfeld LLP**

| | | |
|---|---|---|
| | 8 | 445-450 |
| | 7 | 440 |
| | 6 | 435 |
| | 5 | 405 |
| | 4 | 375 |
| | 3 | 355 |
| | Paralegals | 220-280 |
| | Litigation Support/ Paralegal clerk | 170 |
| | Law Clerk/Students | 250 |
| | Word Processing | 80 |
| 2012 Rates: | Years of Experience/Level | Rate |
| | Partners | |
| | 50 | $860 |
| | 32 | 760 |
| | 28 | 640 |
| | 15 | 610 |
| | Of Counsel | |
| | 29 | 570 |
| | Associates | |
| | 19 | 540 |
| | 10 | 470 |
| | 9 | 460 |
| | 7 | 400 |
| | 6 | 400 |
| | 5 | 380 |
| | 4 | 360 |
| | 3 | 340 |
| | Paralegals | 215-280 |
| | Litigation Support/ Paralegal clerk | 150 |
| | Law Clerk/Students | 240 |
| | Word Processing | 80 |
| 2011 Rates: | Years of Experience/Level | Rate |
| | Partners | |
| | 49 | $840 |
| | 31 | 740 |
| | 27 | 625 |
| | 14 | 590 |
| | Of Counsel | |
| | 28 | 540 |

**Rosen, Bien, Galvan & Grunfeld LLP**

| | | |
|---|---|---|
| | Associates | |
| | 18 | 525 |
| | 11 | 465 |
| | 10 | 450 |
| | 9 | 440 |
| | 8 | 420 |
| | 6 | 385 |
| | 5 | 365 |
| | 4 | 350 |
| | 3 | 325 |
| | 2 | 315 |
| | Paralegals | 205-275 |
| | Litigation Support/ Paralegal clerk | 140-220 |
| | Law Clerk/Students | 225 |
| | Word Processing | 75 |
| 2010 Rates: | Years of Experience/Level | Rate |
| | Partners | |
| | 48 | $800 |
| | 30 | 700 |
| | 26 | 575 |
| | 13 | 560 |
| | Of Counsel | |
| | 27 | 520 |
| | Associates | |
| | 17 | 510 |
| | 13 | 490 |
| | 9 | 430 |
| | 8 | 415 |
| | 7 | 390 |
| | 5 | 360 |
| | 3 | 325 |
| | 1 | 285 |
| | Paralegals | 200-275 |
| | Litigation Support/ Paralegal clerk | 135-220 |
| | Law Clerk/Students | 190 |
| | Word Processing | 70 |

**Rudy, Exelrod, Zieff & Lowe LLP**

| | | |
|---|---|---|
| 2010 Rates: | Years of | Rate |

**Rudy, Exelrod, Zieff & Lowe LLP**

| Experience/Level | |
|---|---|
| Partners | |
| 42 | $725 |
| 32 | 725 |
| 15 | 625 |
| Associates | |
| 21 | 495 |
| 13 | 485 |
| 8 | 450 |

**Schneider Wallace Cottrell Brayton Konecky LLP**

| 2017 Rates: | Law School Grad. Year | Rate |
|---|---|---|
| | 1993 | $835 |
| | 1997 | 750 |
| | 2009 | 650 |
| | Paralegals and Legal Assistants | 300 |
| | Associates | 350-700 |
| | Law Clerks/Paralegals | 135-300 |
| 2015 Rates: | Years of Experience/Level | Rate |
| | Partners – 14-23 | $750 |
| | Associates | 350-700 |
| | Law Clerks/Paralegals | 135-300 |
| 2014 Rates: | Years of Experience | Rate |
| | Partners | |
| | 13-22 | $750 |
| | Associates/Of Counsel | 575 |
| | 20 | 535-345 |
| | 37 | 295 |
| | 10-13 | 650 |
| | 0-3 | 350-475 |
| | Paralegals/Law Clerks | 135-300 |

**Sheppard, Mullin, Richter & Hampton**

| 2014 Rates: | Level | Rate |
|---|---|---|
| | Highest Partner | $875 |
| | Lowest Partner | 490 |
| | Average Partner | 685 |
| | Highest Associate | 535 |
| | Lowest Associate | 275 |
| | Average Associate | 415 |

**Sheppard, Mullin, Richter & Hampton**

| 2010 Rates: | Level | Rate |
|---|---|---|
| | Partners | $495-820 |
| | Associates | 270-620 |

**Sidley Austin**

| 2010 Rates: | Years of Experience/Level | Rate |
|---|---|---|
| | Partners | |
| | 33 | $900 |
| | Senior Partners | 1,100 |
| | Legal Assistants | 120-280 |

**Skadden, Arps, Slate, Meagher & Flom**

| 2013 Rates: | Level | Rate |
|---|---|---|
| | Average Partner | $1,035 |
| | Highest Partner | 1,150 |
| | Lowest Partner | 845 |
| | Average Associate | 620 |
| | Highest Associate | 845 |
| | Lowest Associate | 340 |

**Stebner and Associates**

| 2015 Rates: | Years of Experience | Rate |
|---|---|---|
| | 30 | $750 |
| | 18 | 575 |
| | 6 | 450 |
| | 4 | 450 |
| 2014 Rates: | Years of Experience | Rate |
| | 27 | $695 |
| | 22 | 630 |

**Law Offices of Michael D. Thamer**

| 2015 Rates: | Law School Grad. | Rate |
|---|---|---|
| | 1981 | $775 |
| | 2008 | 550 |

**Wilson Sonsini Goodrich & Rosati PC**

| 2017 Rates: | Bar Admission Date | Rate |
|---|---|---|
| | 2000 | $950 |
| 2010 Rates: | Years of Experience | Rate |
| | 28 | $875 |
| | Other Partners | 650-975 |

**Wilson Sonsini Goodrich & Rosati PC**

| | | |
|---|---|---|
| Associates | | 290-610 |
| Paralegals/Litigation Support | | 120-300 |

**Zelle Hofmann Voelbel & Mason, LLP**

| 2012 Rates: | Years of Experience | Rate |
|---|---|---|
| | Partners | Up to $950 |
| | Associates | Up to $540 |
| | Paralegals | Up to $290 |
| | Law Clerks | Up to $250 |
| 2012 Rates: | Years of Experience | Rate |
| | Partners | |
| | 38 | $800 |
| | 26 | 685 |
| | 23 | 650 |
| | 22 | 640 |
| | Associates | |
| | 9 | 500 |
| | 4 | 435 |
| | 3 | 415 |
| | 2 | 405 |
| | 1 | 395 |
| | Paralegals | 210-290 |

15.     The rates filed in July 2012 by counsel in *Apple Inc. v. Samsung Electronics Co. Ltd.*, N.D. Cal. No. 11-cv-01846-LKK (PSG), also support the rates requested here.  In that case, Quinn Emanuel Urquhart & Sullivan LLP, counsel for defendant Samsung, charged median partner rates of $821 per hour and median associate rates of $448 per hour.

16.     In my experience, fee awards are almost always determined based on current rates, i.e., the attorney's rate at the time a motion for fees is made, rather than the historical rate at the time the work was performed.  This is a common and accepted practice to compensate attorneys for the delay in being paid.  The hourly rates set forth above in paragraph 14 are those charged where full payment is expected promptly upon the rendition of the billing and without consideration of factors other than hours and rates.  If any substantial part of the payment were to be deferred for any substantial period of time, for example, the fee arrangement would be adjusted accordingly to compensate the attorneys for those factors.

1       If called as a witness, I could and would competently testify from my personal

2   knowledge to the facts stated herein.  I declare under penalty of perjury under the laws of the

3   United States that the foregoing is true and correct.  Executed this 12th day of July, 2018 in

4   Berkeley, California.

5

6

7   RICHARD M. PEARL

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28