# EXHIBIT

# 7



# State Bar of Arizona

### 2016 Salary and Economic Survey



The State Bar of Arizona publishes the *Economics of Law Practice in Arizona* every three years.

**MESSAGE FROM THE BAR PRESIDENT**

The report answers the frequently asked questions we receive from members:

- What is the average hourly billing rate?
- How much do attorneys earn annually, based on their job classification?
- Is the gender wage gap closing?
- What are the most lucrative practice areas?
- How much law school debt are Arizona lawyers carrying?

The courts often rely on this report as a measure of reasonable billing rates. It has also become an invaluable resource to law firms of all sizes that are looking to evaluate their current business models, expand, or relocate.

This year we chose a new vendor to conduct the survey—Readex Research, an independent company that has produced our *Arizona Attorney* readership survey on several occasions. Based on their advice, the questions used in this year's survey differ from those in prior editions. This means that the 2016 results cannot always be compared exactly to prior years' results. We hope that these changes, however, make the survey more readable and helpful.

Questions of a general nature and feedback can be emailed to the State Bar at economicreport@azbar.org.

We hope you find this study to be a useful resource.

Sincerely,

Lisa Loo
President, State Bar of Arizona

1

## *Typical Hourly Rate and Percentage Charged on a Contingency-Fee Basis*

The median hourly rate typically charged by private practice attorneys is $275. As could be expected, the median hourly rate tends to correlate positively with license tenure. Medians span from $226 among those who have been licensed fewer than 5 years up to $350 among those licensed for 40 years or more.

By primary practice area, the highest median hourly rate typically charged, at $312, is found in those whose primary practice area is in personal injury plaintiff; the median drops to $257 among those primarily practicing in defense litigation/civil practice.

Those in Maricopa County reported the highest median hourly rate at $282.

**State Bar of Arizona**

**2016 Salary and Economic Survey**

## Typical Hourly Rate by
## Number of Years Licensed and Primary Practice Area

What is your typical hourly rate?

**FINDINGS**
About Their Work

| | TOTAL | NUMBER OF YEARS LICENSED | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | <5 | 5 - 9 | 10 - 14 | 15 - 19 | 20 - 29 | 30 - 39 | 40+ |
| median hourly rate | $275 | $226 | $255 | $279 | $286 | $302 | $320 | $350 |

| | TOTAL | PRIMARY PRACTICE AREA | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | litigation: defense | criminal defense | family/ domestic relations | estate planning/ probate | real estate | litigation: plaintiff | personal injury: plaintiff |
| median hourly rate | $275 | $257 | $259 | $266 | $274 | $289 | $299 | $312 |

| | TOTAL | PRINCIPAL OFFICE LOCATION | | | | |
|---|---|---|---|---|---|---|
| | | Coconino | Yavapi | Pima | Maricopa | other inside AZ |
| median hourly rate | $275 | $200 | $225 | $271 | $282 | $250 |

☐ =$260 - $279    ☐ =$280 $299    ■ =$300+

base:  1,335 respondents whose SBA status is active or over 70 as of 12/31/2008 and who are employed as attorneys in private law practices; those in each segment

65



## Addendum: Hourly Billing Rates by Primary Practice Area

| Primary Practice Area | N* | Mean | Value by Percentile | | |
|---|---|---|---|---|---|
| | | | 25th | 50th (Median) | 75th |
| administrative | 13 | $247 | $175 | $275 | $337 |
| alternative dispute resolution/mediation | 6 | 265 | 219 | 262 | 312 |
| antitrust/unfair competition | 1 | 350 | 350 | 350 | 350 |
| banking | 4 | 272 | 225 | 262 | 337 |
| bankruptcy | 34 | 298 | 256 | 300 | 350 |
| business/securities | 26 | 300 | 269 | 312 | 350 |
| collections | 9 | 257 | 225 | 250 | 300 |
| construction | 27 | 233 | 171 | 225 | 300 |
| corporate | 29 | 309 | 275 | 350 | 350 |
| criminal defense/DUI/traffic | 68 | 244 | 169 | 259 | 317 |
| criminal prosecution | 0 | 0 | 0 | 0 | 0 |
| education | 11 | 219 | 175 | 200 | 275 |
| elder | 4 | 237 | 225 | 237 | 250 |
| environmental | 8 | 341 | 350 | 350 | 350 |
| estate planning/probate | 88 | 278 | 236 | 274 | 331 |
| family/domestic relations | 125 | 265 | 225 | 266 | 313 |
| federal civil practice | 8 | 323 | 281 | 350 | 350 |
| general practice | 40 | 256 | 210 | 254 | 325 |
| health care | 13 | 301 | 256 | 350 | 350 |
| human rights | 1 | 337 | 325 | 350 | 350 |
| immigration | 10 | 222 | 175 | 231 | 253 |
| insurance | 30 | 237 | 179 | 225 | 300 |
| intellectual property/trade regulation | 30 | 322 | 300 | 350 | 350 |
| juvenile | 13 | 196 | 95 | 200 | 262 |
| labor/employment | 43 | 281 | 215 | 306 | 350 |
| litigation/civil practice: defense | 141 | 257 | 191 | 257 | 331 |
| litigation/civil practice: plaintiff | 84 | 288 | 250 | 299 | 350 |
| local government | 3 | 212 | 150 | 250 | 275 |
| municipal/public entity | 12 | 251 | 200 | 225 | 337 |
| personal injury: defense | 27 | 202 | 162 | 187 | 225 |
| personal injury: plaintiff | 75 | 297 | 260 | 312 | 350 |
| public utilities | 3 | 267 | 200 | 275 | 350 |
| real estate | 80 | 280 | 237 | 289 | 350 |
| taxation (federal, state, local) | 18 | 312 | 275 | 325 | 350 |
| other | 66 | 270 | 52 | 273 | 350 |

* Number responding who bill by the hour

# EXHIBIT

# 8

*Arizona Dream Act Coalition, et al v. Jan Brewer, et al*                                                                   EXHIBIT 8

**Counsel's Time Entries Related to Depositions and Hearings**

| Date | Description | Hours | Time keeper | Firm | Docket | Objections | Adjusted Hours |
|---|---|---|---|---|---|---|---|
| 02/06/13 | attend depo of Alejandra Lopez Ibarra | 1.1 | Cheer | NILC | 336-21 | | 1.1 |
| 02/06/13 | Deposition defense Plaintiff Lopez | 0.0 | Preciado | NILC | 336-21 | | 0.0 |
| 02/06/13 | Deposition defense Plaintiff A. Lopez | 0.0 | Tumlin | NILC | 336-21 | | 0.0 |
| 02/06/13 | Description  Deposition :  (Alessandra Lopez) | 1.2 | JDL | ACLU (AZ) | 336-24 | | 1.2 |
| 02/06/13 | Depo of plaintiff Dulce Matuz | 0.0 | Preciado | NILC | 336-21 | | 0.0 |
| 02/06/13 | attend depo of plaintiff Dulce Matuz | 2.2 | Cheer | NILC | 336-21 | | 2.2 |
| 02/06/13 | Description  Deposition :  Dulce Matuz | 2.6 | JDL | ACLU (AZ) | 336-24 | | 2.6 |
| 02/06/13 | Deposition Dulce Matuz | 0.0 | Tumlin | NILC | 336-21 | | 0.0 |
| 02/06/13 | Description  Attend :and defend client deposition, and report on same. | 2.8 | KJF | ACLU (AZ) | 336-24 | Duplicative and unnecessary, too many timekeepers for the same task - unreasonable to recover time for three attorneys at this deposition; Violates LRCiv. 54.2(e)(2) for block-billing and failing to identify the deponent | 0.0 |
| 02/06/13 | attend depo of Stacey Stanton | 1.9 | Cheer | NILC | 336-21 | | 1.9 |
| 02/06/13 | Description  Deposition : (Stanton) | 1.7 | JDL | ACLU (AZ) | 336-24 | | 1.7 |
| 02/06/13 | Deposition of Stacey Stanton | 0.0 | Preciado | NILC | 336-21 | | 0.0 |
| 02/06/13 | Deposition of Stacey Stanton | 1.9 | Tumlin | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same task - unreasonable to recover time for three attorneys at this deposition | 0.0 |

*Arizona Dream Act Coalition, et al v. Jan Brewer, et al*

EXHIBIT 8

**Counsel's Time Entries Related to Depositions and Hearings**

| Date | Description | Hours | Time keeper | Firm | Docket | Objections | Adjusted Hours |
|------|-------------|-------|-------------|------|--------|------------|----------------|
| 02/07/13 | Remote "second chair" or Halikowski deposition | 2.0 | Jorge Castillo | Maldef | 336-7 | | 2.0 |
| 02/07/13 | attend depo of C. Sailant and J. Halikowski | 5.7 | Tumlin | NILC | 336-21 | Violates LRCiv. 54.2(e)(2) for block-billing; Overstates time for these two depositions, which when combined lasted less than 4 hours. | 4.0 |
| 02/07/13 | attend deposition - plaintiff C. Jacobo | 0.8 | Cheer | NILC | 336-21 | | 0.8 |
| 02/07/13 | Deposition defense Plaintiff Jacobo | 0.0 | Preciado | NILC | 336-21 | | 0.0 |
| 02/07/13 | Deposition defense Plaintiff Martinez | 0.8 | Preciado | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same task - unreasonable to recover time for two attorneys from the same firm at this deposition | 0.0 |
| 02/07/13 | attend deposition - plaintiff Ariel Martinez | 1.3 | Cheer | NILC | 336-21 | | 1.3 |
| 02/08/13 | Description  Deposition :  of R Jeffries | 1.5 | JDL | ACLU (AZ) | 336-24 | | 1.5 |
| 02/12/13 | Description  Client : depo (Jesus) | 1.0 | JDL | ACLU (AZ) | 336-24 | | 1.0 |
| 09/24/13 | Attend Biesty depo | 4.5 | Sun | ACLU (IRP) | 336-13 | | 4.5 |
| 09/24/13 | attend Beisty Depo. | 6.5 | Tumlin | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same task - unreasonable to recover time for three attorneys at this deposition; Time overstated as deposition lasted 5.7 hours | 0.0 |
| 09/24/13 | Beisty Depo | 6.5 | Espiritu | NILC | 336-21 | Time overstated as deposition lasted 5.7 hours | 5.7 |

*Arizona Dream Act Coalition, et al v. Jan Brewer, et al*

EXHIBIT 8

**Counsel's Time Entries Related to Depositions and Hearings**

| Date | Description | Hours | Time keeper | Firm | Docket | Objections | Adjusted Hours |
|------|-------------|-------|-------------|------|--------|------------|----------------|
| 11/08/13 | Depositions of YE + NPG | 8.0 | Jorge Castillo | Maldef | 336-7 | Block Billing; overstated hours - the deposition of Yaneth Escorcia Islas was 3 hours and the deposition of Natalia Perez-Gallegos was 1.3 hours, making both a total of 4.3 hours | 4.3 |
| 11/13/13 | Prep Mina for deposition and attend Mina's deposition | 6.4 | Sun | ACLU (IRP) | 336-13 | Block billing | 6.4 |
| 11/15/13 | Carla depo prep and attend Carla's depo | 6.5 | Sun | ACLU (IRP) | 336-13 | Block billing | 6.5 |
| 11/15/13 | attend deposition of Plaintiff D. Rios | 3.2 | Cheer | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same task - unreasonable to recover time for two attorneys defending this deposition | 0.0 |
| 11/15/13 | deposition of Plaintiff D. Rios | 0.0 | Espiritu | NILC | 336-21 | | 0.0 |
| 11/15/13 | deposition of Plaintiff D. Rios | 3.2 | Preciado | NILC | 336-21 | | 3.2 |
| 11/15/13 | deposition of Plaintiff D. Rios | 0.0 | Rodriguez | NILC | 336-21 | | 0.0 |
| 11/15/13 | deposition of Plaintiff D. Rios | 0.0 | Tumlin | NILC | 336-21 | | 0.0 |
| 11/20/13 | C. Saillant depo | 4.4 | Espiritu | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same task - unreasonable to recover time for two attorneys from the same firm at this deposition | 0.0 |
| 11/20/13 | Charles Saillant depo | 4.4 | Preciado | NILC | 336-21 | | 4.4 |
| 11/20/13 | attend C. Saillant depo | 0.0 | Tumlin | NILC | 336-21 | | 0.0 |

*Arizona Dream Act Coalition, et al v. Jan Brewer, et al*

EXHIBIT 8

**Counsel's Time Entries Related to Depositions and Hearings**

| Date | Description | Hours | Time keeper | Firm | Docket | Objections | Adjusted Hours |
|------|-------------|-------|-------------|------|--------|------------|----------------|
| 11/22/13 | attend deposition of Plaintiff D. Rios | 1.4 | Cheer | NILC | 336-21 | Violates LRCiv. 54.2(e)(2) - The time entry states "D. Rios" but there was no deposition of that plaintiff on this date.  If this entry meant to refer to the deposition from an earlier date, it is duplicative of the other counsel entries.  If this entry meant to refer to the deposition of A. Martinez, it is still duplicative and unnecessary because there was no need to have two attorneys at that deposition. | 0.0 |
| 11/22/13 | Deposition of A. Martinez | 1.4 | Preciado | NILC | 336-21 | | 1.4 |
| 12/09/13 | deposition of J. Halikowski | 5.1 | Tumlin | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same task - unreasonable to recover time for two attorneys from the same firm at this deposition | 0.0 |
| 12/09/13 | deposition of J. Halikowski | 5.1 | Espiritu | NILC | 336-21 | | 5.1 |
| 12/11/13 | Depo of A. Lopez | 1.1 | Cheer | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same task - unreasonable to recover time for two attorneys from the same firm defending this deposition | 0.0 |
| 12/11/13 | Deposition of A. Lopez | 1.1 | Tumlin | NILC | 336-21 | | 1.1 |
| 12/17/13 | Stanton Dep | 6.4 | Viramontes | Maldef | 336-7 | | 6.4 |
| 12/20/13 | Take deposition of Brewer 30b6 deponent | 6.7 | Sun | ACLU (IRP) | 336-13 | | 6.7 |

Case 2:12-cv-02546-DGC   Document 338-4   Filed 08/10/18   Page 12 of 28
*Arizona Dream Act Coalition, et al v. Jan Brewer, et al*

EXHIBIT 8

**Counsel's Time Entries Related to Depositions and Hearings**

| Date | Description | Hours | Time keeper | Firm | Docket | Objections | Adjusted Hours |
|---|---|---|---|---|---|---|---|
| 01/23/14 | Deposition time re G. Pendleton (expert) | 4.2 | Joaquin | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same task - unreasonable to recover time for two attorneys defending at this | 0.0 |
| 01/23/14 | Depo of Pendleton | 4.6 | Jorge Castillo | Maldef | 336-7 | | 4.6 |
| 01/24/14 | attend B. Cooper deposition | 2.6 | Tumlin | NILC | 336-21 | | 2.6 |
| 01/24/14 | Defended Golub depo | 2.0 | Tan | ACLU (IRP) | 336-13 | | 2.0 |
| 01/28/14 | Brown depo (including breaks) | 7.0 | Joaquin | NILC | 336-21 | Block Billing; unreasonable to include time spent on breaks.  This entry should be reduced to account for the fact that it includes an unspecified amount of time for breaks | 7.0 |
| 03/11/14 | Halikowski deposition | 4.0 | Sun | ACLU (IRP) | 336-13 | Overstated hours - this deposition started at 2:30 pm and ended at 4:20 pm for a total of 1.9 hours | 1.9 |
| 03/11/14 | Halikowski depo | 2.7 | Jorge Castillo | Maldef | 336-7 | Overstated hours - this deposition started at 2:30 pm and ended at 4:20 pm for a total of 1.9 hours | 1.9 |
| 03/14/14 | Biesty depo | 2.3 | Espiritu | NILC | 336-21 | | 2.3 |
| 03/21/14 | Deposition of Thomas Adkins | 7.0 | Sun | ACLU (IRP) | 336-13 | Overstated hours - this deposition started at 11:04 am and ended at 3:34 pm for a total of 5.6 hours | 5.6 |

*Arizona Dream Act Coalition, et al v. Jan Brewer, et al*

**Counsel's Time Entries Related to Depositions and Hearings**

| Date | Description | Hours | Time keeper | Firm | Docket | Objections | Adjusted Hours |
|------|-------------|-------|-------------|------|--------|------------|----------------|
| 03/25/14 | attend deposition of Page Gonzalez | 3.3 | Preciado | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same task - unreasonable to have three attorneys for this deposition | 0.0 |
| 03/25/14 | Deposition of Page Gonzalez | 3.0 | Sun | ACLU (IRP) | 336-13 | | 3.0 |
| 03/25/14 | attend deposition of P. Gonzalez | 3.3 | Tumlin | NILC | 336-21 | | 3.3 |
| 03/26/14 | attend deposition of C. Saillant | 1.3 | Tumlin | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same task - unreasonable to have two attorneys from the same firm at this deposition | 0.0 |
| 03/26/14 | attend deposition of C. Saillant | 1.3 | Preciado | NILC | 336-21 | | 1.3 |

*Arizona Dream Act Coalition, et al v. Jan Brewer, et al*

EXHIBIT 8

**Counsel's Time Entries Related to Depositions and Hearings**

| Date | Description | Hours | Time keeper | Firm | Docket | Objections | Adjusted Hours |
|------|-------------|-------|-------------|------|--------|-----------|----------------|
| 01/11/13 | Description  Scheduling :   Attend Court Conference conference | 0.7 | JDL | ACLU (AZ) | 336-24 | Duplicative and unnecessary, too many timekeepers for the same | 0.0 |
| 01/11/13 | Telephonic hearing with judge and team discussion | 1.0 | Danjuma | ACLU (IRP) | 336-13 | Duplicative and unnecessary, too many timekeepers for the same conference; Requested time exceeds the length of the hearing; block-billed; the record reflects Danjuma was not present at this hearing | 0.0 |
| 01/11/13 | Conference with Judge re: PI hearing schedule | 0.6 | Newell | ACLU (IRP) | 336-13 | Duplicative and unnecessary, too many timekeepers for the same | 0.0 |
| 01/11/13 | Call into Hearing | 0.6 | Viramontes | Maldef | 336-7 | | 0.6 |
| 01/11/13 | Telephonic hearing re scheduling, discovery, etc. | 0.0 | Tumlin | NILC | 336-21 | | 0.0 |
| 01/11/13 | Telephonic hearing re scheduling, discovery, etc. | 0.6 | Broder | NILC | 336-21 | | 0.6 |
| 01/11/13 | status conference with judge, co-counsel and opposing counsel | 0.6 | Cheer | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same conference; Requested time exceeds the length of the hearing | 0.0 |
| 01/11/13 | Telephonic status conference | 0.6 | Joaquin | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same conference; Requested time exceeds the length of the hearing | 0.0 |

*Arizona Dream Act Coalition, et al v. Jan Brewer, et al*                                      EXHIBIT 8

**Counsel's Time Entries Related to Depositions and Hearings**

| Date | Description | Hours | Time keeper | Firm | Docket | Objections | Adjusted Hours |
|---|---|---|---|---|---|---|---|
| 01/29/13 | Telephonic call with court and debrief with team | 1.0 | Danjuma | ACLU (IRP) | 336-13 | | 1.0 |
| 01/29/13 | Court Appearance for Hearing - telephonic hearing on discovery matters | 1.1 | Newell | ACLU (IRP) | 336-13 | Duplicative and unnecessary, too many timekeepers for the same | 0.0 |
| 01/29/13 | call w judge re discovery disputes, protective order, non disc info, subpoena quash | 0.0 | Preciado | NILC | 336-21 | | 0.0 |
| 01/29/13 | Telephonic hearing on discovery issues | 1.0 | Broder | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same | 0.0 |
| 01/29/13 | Telephonic hearing w/ court re protective order | 1.0 | Joaquin | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same | 0.0 |
| 01/29/13 | Telephonic hearing on discovery issues. | 1.0 | Tumlin | NILC | 336-21 | | 1.0 |

**Counsel's Time Entries Related to Depositions and Hearings**

| Date | Description | Hours | Time keeper | Firm | Docket | Objections | Adjusted Hours |
|---|---|---|---|---|---|---|---|
| 03/14/13 | Description  Attend :Court conference regarding issues with sealing documents. | 1.1 | KJF | ACLU (AZ) | 336-24 | Duplicative and unnecessary, too many timekeepers for the same | 0.0 |
| 03/14/13 | Call with court re protective order | 1.0 | Danjuma | ACLU (IRP) | 336-13 | | 1.0 |
| 03/14/13 | Court Appearance - telephonic status conference re: confidentiality | 1.0 | Newell | ACLU (IRP) | 336-13 | | 1.0 |
| 03/14/13 | Court teleconference regarding confidentiality and sealing portions of the record | 2.9 | Jorge Castillo | Maldef | 336-7 | Duplicative and unnecessary, too many timekeepers for the same conference; The record shows this conference was from 3:39 pm to 4:34 pm and therefore 2.9 hours is overstated; According to the record, J. Castillo did not attend this | 0.0 |
| 03/14/13 | Telephonic hearing | 0.0 | Broder | NILC | 336-21 | | 0.0 |
| 03/14/13 | telephonic appearance for hearing on PO and sealing | 0.0 | Espiritu | NILC | 336-21 | | 0.0 |
| 03/14/13 | telephonic Court Appearance for Hearing on PO and sealing of documents | 0.0 | Preciado | NILC | 336-21 | | 0.0 |
| 03/14/13 | Telephonic hearing | 0.6 | Joaquin | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same | 0.0 |
| 03/14/13 | Telephonic hearing. | 0.0 | Tumlin | NILC | 336-21 | | 0.0 |

*Arizona Dream Act Coalition, et al v. Jan Brewer, et al*

EXHIBIT 8

**Counsel's Time Entries Related to Depositions and Hearings**

| Date | Description | Hours | Time keeper | Firm | Docket | Objections | Adjusted Hours |
|------|-------------|-------|-------------|------|--------|-----------|----------------|
| 03/21/13 | court appearance on motion to seal | 0.5 | Danjuma | ACLU (IRP) | 336-13 | | 0.5 |
| 03/21/13 | Court Appearance for argument on motion to seal | 0.5 | Newell | ACLU (IRP) | 336-13 | Duplicative and unnecessary, too many timekeepers for the same | 0.5 |
| 03/21/13 | Hearing re: sealing documents | 1.6 | Jorge Castillo | Maldef | 336-7 | Duplicative and unnecessary, too many timekeepers for the same conference; Hours requested exceeds length of hearing, which was from 11:00 am to 11:20 am, which is 0.4 hours; According to the record, J. Castillo did not attend this | 0.0 |
| 03/21/13 | Hearing on protective order | 0.3 | Joaquin | NILC | 336-21 | | 0.0 |
| 03/21/13 | Court Appearance for Hearing re: plaintiffs and confidential info | 0.0 | Cheer | NILC | 336-21 | | 0.0 |
| 03/21/13 | Hearing on protective order. | 0.0 | Tumlin | NILC | 336-21 | | 0.0 |

*Arizona Dream Act Coalition, et al v. Jan Brewer, et al*                                                                    EXHIBIT 8

**Counsel's Time Entries Related to Depositions and Hearings**

| Date | Description | Hours | Time keeper | Firm | Docket | Objections | Adjusted Hours |
|------|-------------|-------|-------------|------|--------|------------|----------------|
| 03/22/13 | court appearance for PI/MTD argument | 0.0 | Danjuma | ACLU (IRP) | 336-13 | | 0.0 |
| 03/22/13 | Court Appearance - hearing on PI & MTD | 2.3 | Newell | ACLU (IRP) | 336-13 | | 2.3 |
| 03/22/13 | Preliminary injunction hearing (incl. prep and post-hearing press conference) | 5.0 | Jorge Castillo | Maldef | 336-7 | Duplicative and unnecessary, too many timekeepers for the same conference; Block-billing - combines time for hearing preparation, hearing attendance, and a post-hearing press conference.  Time spent on the media post-hearing press conference is not billable/recoverable as Plaintiffs seemingly acknowledge as their affidavits declared they eliminated time for media tasks.  According to the record, J. Castillo did not attend this conference. | 0.0 |
| 03/22/13 | Hearing on PI motion and MTD | 2.0 | Joaquin | NILC | 336-21 | | 2.0 |
| 03/22/13 | Hearing in District Court | 0.0 | Broder | NILC | 336-21 | | 0.0 |
| 03/22/13 | Court Appearance for Hearing re: PI motion and MTD/MSJ | 0.0 | Cheer | NILC | 336-21 | | 0.0 |
| 03/22/13 | hearing re PI and MTD | 0.0 | Espiritu | NILC | 336-21 | | 0.0 |
| 03/22/13 | Hearing in District Court - PI and MTD | 0.0 | Tumlin | NILC | 336-21 | | 0.0 |

*Arizona Dream Act Coalition, et al v. Jan Brewer, et al*

EXHIBIT 8

**Counsel's Time Entries Related to Depositions and Hearings**

| Date | Description | Hours | Time keeper | Firm | Docket | Objections | Adjusted Hours |
|------|-------------|-------|-------------|------|--------|------------|----------------|
| 12/03/13 | 9th Cir. Arg | 4.1 | Jorge Castillo | Maldef | 336-7 | Description violates LRCiv. 54.2(e)(2) and overstated as the length of the oral argument at the Ninth Circuit was only 0.8 hours | 0.8 |
| 12/03/13 | 9th Circuit argument | 4.1 | Viramontes | Maldef | 336-7 | Description violates LRCiv. 54.2(e)(2) and overstated as the length of the oral argument at the Ninth Circuit was only 0.8 hours | 0.8 |
| 12/03/13 | attend 9th Cir. Oral argument | 0.0 | Broder | NILC | 336-21 | | 0.0 |
| 12/03/13 | Oral argument re PI | 0.9 | Joaquin | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for same attendance at Hearing | 0.0 |
| 12/03/13 | Awaiting argument at court | 2.5 | Joaquin | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for same attendance at Hearing | 0.0 |
| 12/03/13 | Oral argument. | 0.0 | Tumlin | NILC | 336-21 | | 0.0 |
| 12/03/13 | Awaiting argument at court. | 0.0 | Tumlin | NILC | 336-21 | | 0.0 |
| 12/03/13 | 9th Cir Oral argument | 0.0 | Espiritu | NILC | 336-21 | | 0.0 |

*Arizona Dream Act Coalition, et al v. Jan Brewer, et al*

EXHIBIT 8

**Counsel's Time Entries Related to Depositions and Hearings**

| Date | Description | Hours | Time keeper | Firm | Docket | Objections | Adjusted Hours |
|---|---|---|---|---|---|---|---|
| 12/06/13 | Call with the court re: disco disputes + debrief/ divvy tasks | 1.7 | Jorge Castillo | Maldef | 336-7 | Block-billed, the call was from 2:03 pm to 3:04 pm, or 1.1 hours | 1.7 |
| 12/06/13 | Call with court re: disco disputes with K. Tumlin and N. Espiritu. | 1.2 | Espiritu | NILC | 336-21 | | 1.2 |
| 12/06/13 | Call w/ court re: discovery issues in dispute with K. Tumlin and N. Espiritu. | 1.2 | Joaquin | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same | 0.0 |
| 12/06/13 | Call w/ court re: discovery issues in dispute with L. Joaquin and N. Espiritu. | 1.2 | Tumlin | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same conference; According to the record, Tumlin did not attend this call | 0.0 |
| 03/26/14 | Hearing on verifications | 0.5 | Sun | ACLU (IRP) | 336-13 | Overstated hours - The telephonic conference was from 2:13 pm to 2:30 pm, which is 0.3 hours. | 0.3 |
| 03/26/14 | Verification discovery conference with court (debrief) | 0.6 | Jorge Castillo | Maldef | 336-7 | Overstated hours - The telephonic conference was from 2:13 pm to 2:30 pm, which is 0.3 hours. | 0.3 |
| 03/26/14 | Telephonic hearing re: interrog verifications | 0.5 | Joaquin | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same | 0.0 |
| 03/26/14 | Telephonic hearing re: interrogation verifications. | 0.5 | Tumlin | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same | 0.0 |

*Arizona Dream Act Coalition, et al v. Jan Brewer, et al*

EXHIBIT 8

**Counsel's Time Entries Related to Depositions and Hearings**

| Date | Description | Hours | Time keeper | Firm | Docket | Objections | Adjusted Hours |
|------|-------------|-------|-------------|------|--------|-----------|----------------|
| 01/07/15 | Court appearance - MSJ argument | 1.4 | Newell | ACLU (IRP) | 336-13 | Duplicative and unnecessary, too many timekeepers for the same | 0.0 |
| 01/07/15 | court appearance for MSJ argument | 1.4 | Olquin | ACLU (IRP) | 336-13 | | 1.4 |
| 01/07/15 | MSJ hearing | 1.5 | Joaquin | NILC | 336-21 | | 1.5 |
| 01/07/15 | Hearing - MSJ | 0.0 | Broder | NILC | 336-21 | | 0.0 |
| 01/07/15 | MSJ hearing | 0.0 | Espiritu | NILC | 336-21 | | 0.0 |
| 01/07/15 | hearing on MSJ and Perm injx | 0.0 | Preciado | NILC | 336-21 | | 0.0 |
| 01/07/15 | Hearing - MSJ | 0.0 | Tumlin | NILC | 336-21 | | 0.0 |
| **TOTAL** | | **210.9** | | | | | **131.0** |

*Arizona Dream Act Coalition, et al v. Jan Brewer, et al*

EXHIBIT 8

**Counsel's Time Entries Related to Depositions and Hearings**

| Firm/Timekeeper | Total Hours | Total Adjusted Hours |
|---|---|---|
| **ACLU (AZ)** | **12.6** | **8** |
| JDL | 8.7 | 8 |
| KJF | 3.9 | 0 |
| **ACLU (IRP)** | **52.4** | **44.63** |
| Sun | 38.6 | 34.9 |
| Danjuma | 3.5 | 2.5 |
| Newell | 6.9 | 3.83 |
| Olquin | 1.4 | 1.4 |
| Tan | 2 | 2 |
| **Maldef** | **44.3** | **23.4** |
| Jorge Castillo | 33.2 | 15.6 |
| Viramontes | 11.1 | 7.8 |
| **NILC** | **101.6** | **55** |
| Broder | 1.6 | 0.6 |
| Cheer | 13.6 | 7.3 |
| Espiritu | 19.5 | 14.3 |
| Joaquin | 22.3 | 10.5 |
| Preciado | 14.4 | 10.3 |
| Rodriguez | 0 | 0 |
| Tumlin | 30.2 | 12 |
| **Grand Total** | **210.9** | **131.03** |

# EXHIBIT
# 9

*Arizona Dream Act Coalition, et al v. Jan Brewer, et al*                                                        EXHIBIT 9

**Counsel's Time Entries Related to Communications with Clients**

| Date | Description | Hours | Time keeper | Firm | Docket | Objections | Adjusted Hours |
|---|---|---|---|---|---|---|---|
| 03/21/13 | Meet with plaintiffs in AZ re case status/updates | 2.0 | Broder | NILC | 336-21 | Duplicative, unnecessary, and unreasonable to have 7 attorneys at this meeting | 2.0 |
| 03/21/13 | Attend Plaintiffs' meeting with Plaintiffs and co-counsel; updated plaintiffs on status of case | 2.0 | Cheer | NILC | 336-21 | Duplicative, unnecessary, and unreasonable to have 7 attorneys at this meeting | 0.0 |
| 03/21/13 | client meeting re case updates | 0.0 | Espiritu | NILC | 336-21 | Duplicative, unnecessary, and unreasonable to have 7 attorneys at this meeting | 0.0 |
| 03/21/13 | Meeting with plaintiffs | 2.0 | Joaquin | NILC | 336-21 | Duplicative, unnecessary, and unreasonable to have 7 attorneys at this meeting | 0.0 |
| 03/21/13 | Plaintiffs' meeting (incl. prep and pick-up/drop-off of two clients | 4.9 | Jorge Castillo | Maldef | 336-7 | Duplicative, unnecessary, and unreasonable to have 7 attorneys at this meeting | 4.9 |
| 03/21/13 | Meeting with plaintiffs | 2.0 | Tan | ACLU (IRP) | 336-13 | Duplicative, unnecessary, and unreasonable to have 7 attorneys at this meeting | 0.0 |
| 03/21/13 | Client meeting before court hearing on PI to share what to expect in court & answer questions | 0.0 | Tumlin | NILC | 336-21 | Duplicative, unnecessary, and unreasonable to have 7 attorneys at this meeting | 0.0 |

*Arizona Dream Act Coalition, et al v. Jan Brewer, et al*                                                        EXHIBIT 9

**Counsel's Time Entries Related to Communications with Clients**

| Date | Description | Hours | Time keeper | Firm | Docket | Objections | Adjusted Hours |
|------|-------------|-------|-------------|------|--------|-----------|----------------|
| 06/20/13 | client meeting w/ K. Tumlin re next steps and appeal | 2.0 | Espiritu | NILC | 336-21 | Duplicative, unnecessary, and unreasonable to have 2 attorneys from the same firm for this meeting | 2.0 |
| 06/20/13 | Client meeting w/ N. Espiritu to discuss appeal; district court's opinion and next steps in the case. | 2.0 | Tumlin | NILC | 336-21 | Duplicative, unnecessary, and unreasonable to have 2 attorneys from the same firm for this meeting | 0.0 |
| 04/07/14 | update Plaintiff Alejandra Lopez re 2nd supp rog responses | 0.2 | Preciado | NILC | 336-21 | Appears duplicative of another entry | 0.2 |
| 04/07/14 | phone call with Plaintiff Alejandra Lopez re 2nd supp rog responses | 0.3 | Preciado | NILC | 336-21 | Appears duplicative of another entry | 0.3 |
| 07/07/14 | Call with plaintiffs | 0.5 | Olquin | ACLU (IRP) | 336-13 | Violates LRCiv. 54.2(e)(d)(A) - fails to identify participants; Duplicative and unnecessary, too many timekeepers for the same call, unreasonable to recover fees for four attorneys on this call | 0.5 |
| 07/07/14 | call with clients re: opinion with K. Tumlin, N. Preciado, L. Joaquin. | 0.5 | Espiritu | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same call, unreasonable to recover fees for four attorneys on this call | 0.5 |
| 07/07/14 | Telephone call with plaintiffs & co-counsel re decision with K.Tumlin, N. Preciado, N. Espiritu. | 0.5 | Joaquin | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same call, unreasonable to recover fees for four attorneys on this call | 0.0 |
| 07/07/14 | conf call w clients to inform of 9th cir opinion. With K. Tumlin, N. Espiritu. L. Joaquin. | 0.0 | Preciado | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same call, unreasonable to recover fees for four attorneys on this call | 0.0 |
| 07/07/14 | Telephone call w/ plaintiffs and co-counsel re decision. With N. Preciado, N. Espiritu, L. Joaquin. | 0.5 | Tumlin | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same call, unreasonable to recover fees for four attorneys on this call | 0.0 |

*Arizona Dream Act Coalition, et al v. Jan Brewer, et al*                                                                 EXHIBIT 9

**Counsel's Time Entries Related to Communications with Clients**

| Date | Description | Hours | Time keeper | Firm | Docket | Objections | Adjusted Hours |
|------|-------------|-------|-------------|------|--------|------------|----------------|
| 07/18/14 | call w/ client re PFREB with K. Tumlin. | 0.5 | Espiritu | NILC | 336-21 | Violates LRCiv. 54.2(e)(2)(A) - fails to sufficiently identify subject matter of call; Duplicative - unreasonable to have two attorneys on this call | 0.5 |
| 07/18/14 | Call w/ client re PFREB with N. Espiritu. | 0.5 | Tumlin | NILC | 336-21 | Violates LRCiv. 54.2(e)(2)(A) - fails to sufficiently identify subject matter of call; Duplicative - unreasonable to have two attorneys on this call | 0.0 |
| 11/24/14 | call w/ clients re: impact of new EO with K. Tumlin. | 0.7 | Espiritu | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same call, unreasonable to recover fees for two attorneys on this call | 0.7 |
| 11/24/14 | Call w/ clients re: impact of new EO with N. Espiritu. | 0.7 | Tumlin | NILC | 336-21 | Duplicative and unnecessary, too many timekeepers for the same call, unreasonable to recover fees for two attorneys on this call | 0.0 |

*Arizona Dream Act Coalition, et al v. Jan Brewer, et al*                                                                    EXHIBIT 9

**Counsel's Time Entries Related to Communications with Clients**

| Date | Description | Hours | Time keeper | Firm | Docket | Objections | Adjusted Hours |
|------|-------------|-------|-------------|------|--------|-----------|----------------|
| 01/07/15 | debrief w/ Plaintiffs | 0.5 | Broder | NILC | 336-21 | Violates LRCiv. 54.2(e)(2) - fails to identify participants and fails to sufficiently identify subject matter; Duplicative and unnecessary to have two attorneys from the same firm for this task | 0.0 |
| 01/07/15 | debrief w/ Plaintiffs | 0.5 | Tumlin | NILC | 336-21 | Violates LRCiv. 54.2(e)(2) - fails to identify participants and fails to sufficiently identify subject matter; Duplicative and unnecessary to have two attorneys from the same firm for this task | 0.5 |
| 01/07/15 | plaintiff meeting | 1.2 | Espiritu | NILC | 336-21 | Violates LRCiv. 54.2(e)(2) - fails to identify participants and fails to sufficiently identify subject matter; Duplicative and unnecessary to have three attorneys from the same firm at the same meeting | 0.0 |
| 01/07/15 | plaintiff meeting in AZ | 1.2 | Preciado | NILC | 336-21 | Violates LRCiv. 54.2(e)(2) - fails to identify participants and fails to sufficiently identify subject matter; Duplicative and unnecessary to have three attorneys from the same firm at the same meeting | 0.0 |

*Arizona Dream Act Coalition, et al v. Jan Brewer, et al*                                                      EXHIBIT 9

**Counsel's Time Entries Related to Communications with Clients**

| Date | Description | Hours | Time keeper | Firm | Docket | Objections | Adjusted Hours |
|------|-------------|-------|-------------|------|--------|------------|----------------|
| 01/07/15 | Plaintiff meeting. | 1.2 | Tumlin | NILC | 336-21 | Violates LRCiv. 54.2(e)(2) - fails to identify participants and fails to sufficiently identify subject matter; Duplicative and unnecessary to have three attorneys from the same firm at the same meeting | 1.2 |
| **TOTAL** | | **26.4** | | | | | **13.3** |